IN THE UNITED STATES DISTRICT COURT FOR
THE MIDDLE DISTRICT OF ALABAMA

RECEIVED
2005 SEP 23 A 10: 02

_P. HACKETT, CLK_
U.S. DISTRICT COURT
MIDDLE DISTRICT ALA

John P. Polcastro Sr. )
Full name and prison number of )
plaintiff(s) P.O. Box 175 )
Genoa, AL 36340 )
      v. )
)   CIVIL ACTION NO. 1:05cv909-F
Sheriff Greg Ward )   (To be supplied by the Clerk of the
)    U.S. District Court)
Head Jailer Carl Row )
Jailer Donald Weeks )
Deputy Ray Mach )
Name of person(s) who violated )
your constitutional rights. )
(List the names of all the persons) )

I.  PREVIOUS LAWSUITS

   A. Have you begun other lawsuits in state or federal court dealing with the same or similar facts involved in this action?  Yes ( )  No (X)

   B. Have you begun other lawsuits in state or federal court relating to your imprisonment?  Yes ( )  No (X)

   C. If your answer to A or B is yes, describe each lawsuit in the space below. (If there is more than one lawsuit, describe the additional lawsuits on another piece of paper, using the same outline).

      1. Parties to this previous lawsuit:
         Plaintiff(s) _____
         _____
         Defendant(s) _____
         _____

      2. Court (if federal court, name the district; if state court, name the county)
         _____
         _____

      3. Docket No. _____

      4. Name of Judge to whom case was assigned _____

5. Disposition (for example: Was the case dismissed? Was it appealed? Is it still pending? _____

6. Approximate date of filing lawsuit _____

7. Approximate date of disposition _____

II. PLACE OF PRESENT CONFINEMENT *Geneva County Jail*

PLACE OR INSTITUTION WHERE INCIDENT OCCURRED *Geneva County Jail. Geneva AL. 36340*

III. NAME AND ADDRESS OF INDIVIDUAL(S) YOU ALLEGE VIOLATED YOUR CONSTITUTIONAL RIGHTS.

| NAME | ADDRESS |
|---|---|
| 1. Sheriff Greg Ward | Geneva County Jail Geneva AL 36340 |
| 2. Deputy Ray Moch | " " " " " |
| 3. Head Jailer Joel Row | " " " " " |
| 4. Jailer Donald Walks | " " " " " |
| 5. | |
| 6. | |

IV. THE DATE UPON WHICH SAID VIOLATION OCCURRED *7/31/05 8/1/05*

V. STATE BRIEFLY THE GROUNDS ON WHICH YOU BASE YOUR ALLEGATION THAT YOUR CONSTITUTIONAL RIGHTS ARE BEING VIOLATED:

GROUND ONE: *Refused Medical - Assault. Money stolen. Threats. Unsafe Living Conditions*

STATE BRIEFLY THE FACTS WHICH SUPPORT THIS GROUND. (State as best you can the time, place, manner, and person involved).
*Please see page one*



## PAGE - ONE

On or about 7/31/05 - 8/1/05 Deputy Ray Mock entered my trailer with other officers and took my wallet off my hitched table. When Deputy Mock took me to the County Jail a little over thirteen hundred dollars was taken out of my wallet. At that time I asked Deputy Perez and Matron M. Ruped for a receipt for my money. I was told there was no money. Also at this time I asked Deputy Mock to take me to the hospital because the back of my head was bleeding, the top of my left eye was split open. My ribs and left shoulder was in extreme pain. The right eye tooth was knocked out. My partial plate was broke. He still refused me medical attention.

On 8/1/05. I was put in a holding cell still in extreme pain. I was given nothing for the pain. I was put on a wooden bench. During the early morning hours I fell off the bench. My head hit the floor and I started to bleed again. Jailer Donald Weeks came into my cell with breakfast and I asked him. No I begged him to take

2

Con't from page ONE

me to the Hospital. He Refused. I passed out and I slept on my Breakfast tray Jailer Webb came and told me to get up so I can be booked. I told him I could hardly walk. My glasses were broke All he said was let's go. I was booked then placed on the floor on the right side of the Jail.

Deputy Ray Roch is one of the police officers who beat me till I passed out. I was out cold when he took me to the Jail.

For 25 days I wrote Request after Request begging the Head Jailer to take me to a Hospital. Every time I asked him to take me to a Hospital. He Refused. I was finally taken to a Doctor 25 days after the officers beat me. I explained to the Doctor that I was in a lot of pain. Nothing was done. I showed him where I needed Dental work. I also told him I couldn't see out of my left eye. He didn't do anything to help. I still get bad head aches, I get dizzy. I can't chew hard food. My left eye always hurts. They Refuse to give me any thing for the pain till this day I'm still suffering



**Cond from page one**

with the pain. Till this day Head Jailer Carl Row has refused me medical attention.

The Sheriff and Head Jailer Carl Row have me living in unsafe living conditions. The jail is over crowded. I'm in an area that is suppose to hold 12 men. We are up to 24. myself and others are forced to sleep on the floor some like myself sleep near our toilet. The food is terrible. We have no cooks. No dietician. Inmates do both jobs. We never get an hour of fresh air. I'm forced to live on the floor with walls that are covered with rust and <u>black mold</u>. I requested from the Sheriff and the head Jailer to allow me to go to the law library so I could work on my case. I was refused. I asked for paper, pens, stamps and envelopes to write and send out legal work. I was refused... All Denying me my legal right to access to the courts. I was giving a rubber mat to sleep on they are never cleaned. They refuse to give out sheets to cover the dirty mats



<u>CONT FROM PAGE ONE</u>

On 08/31/05 Sheriff Ward took me to Capt Rows office and told me if I didn't shut up and mind my business he would have the inmates beat me. He stated a lot of inmates owe him favors. He also came into this cell block and made threats to me in front of other inmates. See statements. From 8/31/05 till this date I have written to Sheriff Ward and Head Jailer Capt Row, Requesting all the above. I'm still being refused. I live in this jail in constant pain. And in constant fear for my life and health

John Polcon____
9/18/05

GROUND TWO: JAIL CONDITIONS

SUPPORTING FACTS: See page one

GROUND THREE: See ground ONE

SUPPORTING FACTS: See page one

VI. STATE BRIEFLY EXACTLY WHAT YOU WANT THE COURT TO DO FOR YOU. MAKE NO LEGAL ARGUMENT. CITE NO CASES OR STATUTES.
I request the court to set up a date for trial. Request the court send some one to speak to me.

_____
Signature of plaintiff(s)

I declare under penalty of perjury that the foregoing is true and correct.

EXECUTED on September 19th 2005
            (date)

_____
Signature of plaintiff(s)