STRICKEN------DOCKETED IN WRONG CASE