Polcastro

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

> Ray Mock, Deputy
> Geneva County Jail
> PO Box 115
> Geneva, AL 36340

1:05CV909 (Cmp + order 40 dy)

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X _Kenneth Lee_    ☐ Agent  ☐ Addressee

B. Received by ( Printed Name)    C. Date of Delivery
10/3/05

D. Is delivery address different from item 1?  ☐ Yes
If YES, enter delivery address below:  ☐ No

3. Service Type
☑ Certified Mail   ☐ Express Mail
☐ Registered   ☑ Return Receipt for Merchandise
☐ Insured Mail   ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)   ☐ Yes

2. Article Number
(Transfer from service label)   7005 1160 0001 3017 0460

PS Form 3811, August 2001    Domestic Return Receipt    102595-02-M-1540

---

Polcastro

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

> Carl Row, Head Jailer
> Geneva County Jail
> PO Box 115
> Geneva, AL 36340

1:05CV909 (Cmp + order 40 dy)

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X _Kenneth Lee_    ☐ Agent  ☐ Addressee

B. Received by ( Printed Name)    C. Date of Delivery
10/3/05

D. Is delivery address different from item 1?  ☐ Yes
If YES, enter delivery address below:  ☐ No

3. Service Type
☑ Certified Mail   ☐ Express Mail
☐ Registered   ☑ Return Receipt for Merchandise
☐ Insured Mail   ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)   ☐ Yes

2. Article Number
(Transfer from service label)   7005 1160 0001 3017 0446

PS Form 3811, August 2001    Domestic Return Receipt    102595-02-M-1540

Polcastro

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

Donald Weeks, Jailer
Geneva County Jail
PO Box 115
Geneva, AL 36340

1:05cv909 (Cmp + Order 40 Day)

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X Kenneth Lee   ☐ Agent   ☐ Addressee

B. Received by ( Printed Name )   C. Date of Delivery 10/3/05

D. Is delivery address different from Item 1?   ☐ Yes
If YES, enter delivery address below:   ☐ No

3. Service Type
☑ Certified Mail   ☐ Express Mail
☐ Registered   ☐ Return Receipt for Merchandise
☐ Insured Mail   ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)   ☐ Yes

2. Article Number (Transfer from service label)   7005 1160 0001 3017 0453

PS Form 3811, August 2001    Domestic Return Receipt    102595-02-M-1540

---

Polcastro

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

Greg Ward, Sheriff
Geneva County Jail
PO Box 115
Geneva, AL 36340

1:05cv909 (Cmp + Order 40 Day)

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X Kenneth Lee   ☐ Agent   ☐ Addressee

B. Received by ( Printed Name )   C. Date of Delivery 10/3/05

D. Is delivery address different from Item 1?   ☐ Yes
If YES, enter delivery address below:   ☐ No

B. Service Type
☑ Certified Mail   ☐ Express Mail
☐ Registered   ☐ Return Receipt for Merchandise
☐ Insured Mail   ☐ C.O.D.

Restricted Delivery? (Extra Fee)   ☐ Yes

2. Article Number (Transfer from service label)   7005 1160 0001 3017 0477

PS Form 3811, August 2001    Domestic Return Receipt    102595-02-M-1540