IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

_____

| | |
|---|---|
| JOHN P. POLCASTRO, SR., | * |
| Plaintiff, | * |
| v. | * CIVIL ACTION NO. 1:05-CV-909-F |
| SHERIFF GREY WARD, *et al.*, | * |
| Defendants. | * |

_____

**ORDER ON MOTION**

Upon consideration of Defendants' Motion for Extension of Time, and for good cause, it is ORDERED that:

1. The Motion for Extension of Time (Doc. No. 7) is GRANTED; and

2. Defendants are GRANTED an extension from November 7, 2005 to November 29, 2005 to file their answer and written report.

Done this 8th day of November 2005.

/s/ Vanzetta Penn McPherson
VANZETTA PENN MCPHERSON
UNITED STATES MAGISTRATE JUDGE