# Exhibit F

# Affidavit of Carl Rowe

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA

JOHN P. POLCASTRO, SR.,                )
                                       )
        Plaintiff,                     )
                                       )
v.                                     )    Civil Action No. 1:05-cv-00909-MEF-VPM
                                       )
GREG WARD, et al.,                     )
                                       )
        Defendants.                    )

## AFFIDAVIT OF CARL ROWE

STATE OF ALABAMA          )
                          )
COUNTY OF GENEVA          )

      **BEFORE ME**, the undersigned authority and Notary Public in and for said County and State at large, personally appeared Carl Rowe, who being known to me and being by me first duly sworn on oath deposes and says as follows:

      1.     My name is Carl Rowe. I am over the age of nineteen and competent to make this affidavit. I am the Jail Administrator for the Geneva County Detention Facility.

      2.     I am familiar with the Plaintiff due to his being incarcerated in the Geneva County Detention Facility.

      3.     I state affirmatively that I neither acted, nor caused anyone to act, in such a manner as to deprive the Plaintiff of any right to which he was entitled.

      4.     The Geneva County, Alabama Sheriff's Department operates the Geneva County Detention Facility pursuant to sound policies and procedures which ensure that the rights of all inmates incarcerated therein are respected. Members of the jail staff are trained both in house and at certified training programs and academies regarding all aspects of their jobs, including the administration of medical care to inmates.

5.    It is the policy of the Geneva County, Alabama Sheriff's Department that all inmates confined in the Geneva County Detention Facility be entitled to a level of health care comparable to that available to the citizens in the surrounding community in order that the inmates' physical and emotional well-being may be maintained. All medical care rendered to inmates in the Geneva County Detention Facility is delivered under the direction of a licensed health care practitioner. It is departmental policy that no member of the jail staff, or any other Sheriff's Department employee, may ever summarily or arbitrarily deny an inmate's reasonable request for medical services. All judgments regarding the necessity of medical treatment are left to a licensed health care practitioner

6.    It is the policy of the Geneva County Sheriff's Department that all inmates incarcerated in the Geneva County Detention Facility be allowed to request health care services at any time. Requests of an emergency nature may be made either verbally or in writing, but all requests for non-emergency care from state or county inmates must be submitted in writing. Members of the jail staff are charged with the responsibility of accepting requests for medical treatment from inmates and taking appropriate action to see that those requests are dealt with in a prompt and appropriate manner. Inmates with non-emergency medical problems are taken to see Dr. O.D. Mitchum in Geneva, Alabama. Inmates who have an emergency medical problem are taken to the Emergency Room for treatment. At no time did the Plaintiff request, either written or verbal, medical attention for any of his claims that are basis of his Complaint.

7.    When a member of the jail staff receives a request for medical treatment from an inmate, it is his or her responsibility to turn that request form over to the responsibility of the on duty jailer or matron. It is then the on duty jailer or matron's responsibility to make an appointment for the inmate with an appropriate health care provider. Any doubt as to whether an

2

actual need exists for medical treatment is resolved in favor of the inmate, with medical services being offered. All requests of an emergency nature are handled immediately.

8.    It is the policy of the Geneva County Sheriff's Department that persons incarcerated in the Geneva County Detention Facility be entitled to safe and accurate dispensation and administration of prescription and nonprescription medication. All medication prescribed for an inmate by a health care provider during the time of an inmate's incarceration is obtained by the Sheriff's Department and distributed according to the doctor's directions. When distributing medications, members of the jail staff complete a medication log, which records the inmate's name, the medication, the date and time it was delivered, the initials of the officer delivering the medication, or supervising its delivery, and the inmate's initials or signature acknowledging receipt.

9.    I have never denied necessary medical care or treatment to Plaintiff or any other inmate.

10.    Plaintiff was taken to the Wiregrass Emergency Room on August 1, 2005. He was also taken to see O.D. Mitchum on August 25, 2005. Dr. Mitchum ordered X-Rays; therefore, Plaintiff was taken to the Hospital for X-rays.

11.    The Geneva County Detention Facility is subject to routine maintenance and repairs on a regular basis by the custodian.

12.    All inmates, including the Plaintiff, are always provided with a mattress and bed linens for sleeping in the event that the number of inmates exceeds the number of beds at the jail. Never has the Plaintiff had to sleep on the floor without a mattress and bed linens.

13.    Inmates are regularly given cleaning materials to use.

14.    Inmates are regularly given privileges such as exercise time and/or smoke breaks.

3

15.   All meal preparation is supervised by a Geneva County staff member

16.   It is the policy of the Geneva County Sheriff's Department that only the minimal amount of force necessary will be used on an arrestee or inmate.

17.   Internal grievance procedures at the Geneva County Detention Facility are available to all inmates. It is the policy of the Geneva County Detention Facility that inmates are permitted to submit grievances and that each grievance will be acted upon accordingly. Inmates are given an inmate grievance form upon their request to complete and return to a detention center staff member for any grievance they may have. It is further the policy and procedure of the Geneva County Detention Facility to place each such grievance in the inmate's file for a record of the same.

18.   Upon my review of the Plaintiff's inmate file, there is no grievance filed by him, and I have not received a grievance from the Plaintiff concerning the allegations made the basis of his Complaint. Had I received such a grievance, I would have followed procedures and responded to the grievance accordingly.

19.   I was never in the possession of any cash money that was allegedly taken from Plaintiff's home, nor was I ever present at Plaintiff's home.

20.   Inmates are given access to their attorneys as well as reasonable opportunity to use the Jail's law library. Materials for writing and mailing letters are available for purchase by inmates in the jail.

21.   I certify and state that the documents from Plaintiff's Inmate File provided to the Court which are attached to the Defendants' Special Report are true and correct copies of these records, kept at the Geneva County Detention Facility in the regular course of business. I am the Custodian of these Records.

4

22.    I swear, to the best of my present knowledge and information, that the above statements are true, that I am competent to make this affidavit, and that the above statements are made by drawing from my personal knowledge of the situation.

_____
CARL ROWE

**SWORN TO** and **SUBSCRIBED** before me this ___ day of November, 2005.

_____
NOTARY PUBLIC
My Commission Expires: My Commission Expires _____

5

# Exhibit G

# Affidavit of Donald Weeks

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA

| | | |
|---|---|---|
| JOHN P. POLCASTRO, SR., | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Civil Action No. 1:05-cv-00909-MEF-VPM |
| | ) | |
| GREG WARD, et al., | ) | |
| | ) | |
| Defendants. | ) | |

## AFFIDAVIT OF DONALD WEEKS

| | |
|---|---|
| STATE OF ALABAMA | ) |
| | ) |
| COUNTY OF GENEVA | ) |

**BEFORE ME**, the undersigned authority and Notary Public in and for said County and State at large, personally appeared Donald Weeks, who being known to me and being by me first duly sworn on oath deposes and says as follows:

1.    My name is Donald Weeks. I am over the age of nineteen and competent to make this affidavit. I am employed with the Geneva County Detention Facility as a jailer and have been for 11 years. Before that I was Assistant Chief of Police in Samson, Alabama, for 8 years.

2.    I am familiar with the Plaintiff due to his being incarcerated in the Geneva County Detention Facility.

3.    I state affirmatively that I neither acted, nor caused anyone to act, in such a manner as to deprive the Plaintiff of any right to which he was entitled.

4.    I have never denied necessary medical care or treatment to Plaintiff or any other inmate.

5.    On August 31, 2005, I called Dr. Mitchum's office and learned that Plaintiff's test results were normal and that everything is fine.

6.    I was never in the possession of any cash money that was allegedly taken from Plaintiff's home, nor was I ever present at Plaintiff's home.

7.    I have not received a grievance from the Plaintiff concerning the allegations made the basis of his Complaint.

8.    I swear, to the best of my present knowledge and information, that the above statements are true, that I am competent to make this affidavit, and that the above statements are made by drawing from my personal knowledge of the situation.

_____

DONALD WEEKS

**SWORN TO** and **SUBSCRIBED** before me this _____ day of November, 2005.

_____

NOTARY PUBLIC

My Commission Expires: _____

2

# Exhibit H

# Wiregrass Medical Center Record dated August 1, 2005

# WIREGRASS MEDICAL CENTER
1200 W. MAPLE AVE.
GENEVA, AL 36340
(334) 684-3655

### ED-OP
### HOME INSTRUCTION SHEET

| 1. MEDICAL RECORD NO. | 2. BILLING NO. | 3. AR NO. |
|---|---|---|

**INFORMATION**

| 4. CLASS | 5. DATE | 6. TIME | 7. SRC | 8. TYPE | 9. SAD |
|---|---|---|---|---|---|

| 10. PATIENTS LEGAL NAME (L.F.MI) | 11. SEX | 12. RACE | 13. BIRTHDATE | 14. AGE | 15. HEIGHT | 16. WEIGHT | 17. SS | 18. MS | 19. |
|---|---|---|---|---|---|---|---|---|---|
| BALLASTRO SANTANDER   E.R. | | | | | | | | | |

| 20. RP | 21. NOTIFY IN EMERGENCY | 22. HOME TELE | 23. WORK TELE | 24. HOW PATIENT ARRIVED |
|---|---|---|---|---|
| | EVERS MCLEOD JIMMY   W | | | MALE |
| | 5/22/53   52 | | | |

| 25. C COMPLAINT. 26 | | | **OUTPATIENT SURGERY INFORMATION** | | | |
|---|---|---|---|---|---|---|
| 5/21/05 | | 27. PROC CD | 28. PROCEDURE | 29. LOC | 30. TIME | 31. ANES |

| 32. PHYSICIAN CALLED | 33. ATTENDING PHYSICIAN | 34. FAMILY PHYSICIAN |
|---|---|---|

---

### SPRAIN, FRACTURE, & SEVERE BRUISES

- ☐ Elevate the injured part above level of heart to lessen swelling. If pillows flatten, use chair cushions with pillows or blanket for comfort.
- ☐ Ice packs also help prevent swelling, especially during the first 48 hours.
- ☐ Place ice on plastic or rubber bag, cloth covering; after 48 hours, use heat.
- ☐ If you have an elastic bandage, rewrap it if too tight or loose. Remove at bedtime and replace in A.M.
- ☐ If you have a cast, keep it perfectly dry at all times.
- ☐ Wiggle toes or fingers to help prevent swelling in the cast—this should be done often if it does not cause pain.
- ☐ If the part swells anyway or gets cold, blue or numb or pain increases markedly, have it checked promptly.
- ☐ Use crutches.

### BACK AND NECK INJURY INSTRUCTIONS

- ☐ USE HEAT OR COLD ON THE INJURED AREA - whichever seems to help the most. Be careful not to burn yourself.
- ☐ Rest as much as possible until you are improved.
- ☐ Avoid positions and movement that make the pain worse.
- ☐ Relax emotionally - if you are tense the problem will on be worse.
- ☐ Gentle but firm massage will increase circulation in sore muscles and helps to clear the soreness.
- ☐ Wear special collar when out of bed.

### HEAD INJURY INSTRUCTIONS

Persons who receive blows to the head may have injuries that cannot always be seen by X-ray or examination soon after accident. For the next 24 hours it is important that these instructions be followed:
- ☐ Awaken the patient every two hours, even at night, to be sure he knows where he is and is not confused.
- ☐ Check eyes to see that both pupils are of equal size.
- ☐ Prevent the taking of sleeping pills, tranquizers or alcohol.
- ☐ Restrict excessive work or play.

*Call your family doctor or local hospital immediately if the patient:*
- ☐ Develops a severe headache.
- ☐ Vomits more than twice within a short time.
- ☐ Is confused, faints or is hard to awaken.
- ☐ Has a pupil of one eye larger than the other
- ☐ Complains of double vision.
- ☐ Shows abnormal behavior such as staggering or walking into things.

---

### X-RAY INSTRUCTIONS

Your X-rays have been read by the attending physician in the Emergency Dept. For your added protection, your X-rays will be reread the next morning by Radiology Dept. If any abnormalities are found that have not been called to your attention, you and your doctor will be called immediately. (Please be certain that the Emergency Dept. has a phone number where you can be reached.) Sometimes fractures or abnormalities may not show up on X-rays for several days. If your symptoms continue or get worse, call your doctor. More X-rays may need to be taken. If you are referred to another physician, come by the hospital and pick up your X-ray and take them with you to the doctor's office. Please call ahead to X-ray Dept.

### WOUND CARE (Cuts, Abrasions, Burns, Stitches)

- ☐ Keep the dressings clean and dry.
- ☐ Elevate the wound to help relieve soreness and help speed wound healing.
- ☐ Despite the greatest care, any wound can be infected. If your wound becomes red, swollen, shows pus or red streaks, or feels more sore instead of less sore as days go by, you must report to your doctor right away.
- ☐ Dressing should be changed in _____ days.
- ☐ Treatment rendered _____
- ☐ Tetanus Toxoid given _____
  250 units of tetanus immune globulin was given. To complete your immunization, you must receive two additional doses of toxoid 4-6 weeks apart. Call your physician for the next dose.
- ☐ Warm soaks to area 4 times daily. 20-40 minutes each time.
- ☐ Continuous warm compresses.

### VOMITING & DIARRHEA

- ☐ Do not feed anything for 4 hours.
- ☐ After 4 hours, if there is no vomiting and/or diarrhea, offer 2 tablespoons (1 ounce) of any of the following: clear liquids, Coke, Gingerale, 7-up, weak tea, Gatorade or Jello, water. If patient is hungry you may add 1 teaspoon of sugar to each ounce of liquid.
- ☐ UNDER NO CIRCUMSTANCES USE MILK OR MILK PRODUCTS.
- ☐ The 2 tablespoons of liquid may be offered every hour. If after 4 hours no vomiting has occured, the amount may be slowly increased.
- ☐ Using no more than ½ glass (4 ounces) of liquid at a time continue this treatment for 24 hours.
- ☐ Contact your doctor's office for further instructions after 24 hours.

---

### GENERAL INSTRUCTIONS

- ☐ Stay in bed/may go to bathroom.
- ☐ Use vaporizor.
- ☐ Drink large amounts of liquids.
- ☐ Take _____ aspirin every 4 hours.
- ☐ Avoid any use of injured part.
- ☐ Allow only limited use of the part.
- ☐ You need not necessarily limit activity.
- ☐ Fill Prescriptions given to you from Emergency Dept. and take as directed.
- ☐ No driving or any activity requiring mental alertness after receiving medication.

### FEVER OVER 102

- ☐ Sponge with lukewarm water in the tub.
- ☐ If temperature increases or persists for 24 hours, see your family doctor.

### EYE INJURY

- ☐ Any eye injury is potentially hazardous.
- ☐ Any increasingly severe discomfort, redness or sudden impairment of vision should be reported immediately to your physician or eye specialist below.
- ☐ Do not drive with eye patch.

### ANIMAL OBSERVATION

Instructions for observation of any animal that may have bitten a human if that animal is available for observation.
- ☐ Have animal taken to Veterinarian for observation.
- ☐ If the owner should refuse to take the animal to the Veterinarian, notify the County Health Officer of the situation.

---

**ADDITIONAL INSTRUCTIONS** 1) FOLLOW ABOVE HEAD INJURY INSTRUCTIONS 2) WOUND CARE
EVERY 2 X HOURS

I hereby acknowledge receipt of all the instructions indicated above. I understand that I have received EMERGENCY treatment only and that I may be released before all my medical problems are known or treated. I will arrange for follow-up care as indicated above. I understand that if my conditions worsen or new symptoms appear, I should contact my Doctor immediately.

| PATIENT/PARENT'S SIGNATURE | NURSE'S SIGNATURE | PHYSICIAN'S SIGNATURE |
|---|---|---|
| | RN | |

### SCHOOL AND WORK EXCUSE   PATIENT NAME                                    DATE

| | |
|---|---|
| ☐ No work for _____ days | ☐ No school for _____ days |
| ☐ Light work for _____ days | ☐ No Physical Education for _____ days |
| ☐ May return to work on _____ | ☐ May return to school on _____ |

# Exhibit I

# O.D. Mitchum, M.D. Record dated August 25, 2005

**O.D. MITCHUM, M.D.**
**100 W. LAKE PROFESSIONAL PARK, STE. ONE**
**GENEVA, AL 36340**
**(534) 684-9400**

| OFFICE VISITS - EST. PT. | | VACCINES | | REMOVAL F.B. EYE | 65205 |
|---|---|---|---|---|---|
| MINIMAL | 99211 | FLU - G0008 | 90659 | FINE NEEDLE BIOPSY BREAST | 19100 |
| PROB FOCUS | 99212 | PNEUMONIA - G0009 | 90732 | INGROWN NAIL REMOVAL | 11730 |
| EXPD PROB FOCUS | 99213 | TETANUS - 90471 | 90703 | IRRIGATION EARS | 69210 |
| DETAIL / LC | 99214 | ADM / INJECTION | 90782 | TRIGGER POINT INJ. | 20550 |
| COMP / MC | 99215 | ADM / ANTIBIOTIC INJECTION | 90788 | INJ/ASP - SM.JT. | 20600 |
| | | | | INTERN. JT | 20605 |
| | | LABORATORY | | MAJ JT. | 20610 |
| OFFICE VISITS - NEW PT | | BASIC METABOLIC PANEL | 80048 | | |
| PROB FOCUS | 99201 | GENERAL HEALTH PANEL | 80050 | | |
| EXPD PROB FOCUS | 99202 | ELECTROLYTE PANEL | 80051 | RADIOLOGY | |
| DETAIL / LC | 99203 | COMPREHENSIVE METABOLIC | 80053 | ANKLE | 73600 |
| COMP / MC | 99204 | LIPID PANEL | 80061 | ABDOMEN | 74000 |
| | | ARTHRITIS PANEL (RH9) | | CERVICAL SPINE | 72040 |
| | | ACUTE HEPATITIS PANEL | 80074 | CHEST / FRONTAL / 1 VIEW | 71010 |
| PREV MED EST PT | | HEPATIC FUNCTION PANEL | 80076 | ELBOW | 73070 |
| 18-39 YRS | 99395 | ANEMIA I PROFILE | 31000 | FINGER | 73140 |
| 40-64 YRS | 99396 | VENIPUNCTURE - G0001 | 36415 | FOOT | 73620 |
| 65 & OLDER | 99397 | GLUCOSE | 82947 | FOREARM | 73090 |
| | | HCT | 85013 | HAND | 73120 |
| PREV MED NEW PT | | HEMOCCULT | 82270 | HIP / SINGLE / 1 VIEW | 73500 |
| 18-39 YRS | 99385 | HEMOC. SCREENING | G0107 | HIP / SINGLE /2 VIEWS | 73510 |
| 40-64 YRS | 99386 | PSA | 84153 | HIP / BIL / 2 VIEWS | 73520 |
| 65 & OLDER | 99387 | PAP SMEAR | 88150 | KNEE | 73560 |
| | | PAP SMEAR SCREENING | Q0091 | LEG | 73590 |
| INJECTIONS | | TINE TEST | 86585 | LUMBAR SPINE | 72100 |
| AMPICILLIN 500MG | J0290 | URINALYSIS | 81000 | PELVIS | 72170 |
| B12 (UP TO 1000 MG) | J3420 | URINE PREGNANCY | 81025 | SHOULDER | 73020 |
| CELESTONE (3MG) | J0702 | Tsh | 84443 | SINUS | 76080 |
| ESTROGEN | J1390 | T4 | 84439 | SKULL | 70250 |
| DEPO. PROVERA 100 MG | J1055 | CBC | 85025 | THORACIC SPINE | 72070 |
| ROCEPHIN (250 MG) | J0696 | HgBAlC | 83036 | WRIST | 73100 |
| IRON DEXTRAN (2CC) 50MG | J1750 | B-12 LEVEL | 82607 | EKG | 93005 |
| VISTARIL (UP TO 25 MG) | J3410 | | | EKG | 93010 |
| SOLGANAL (UP TO 50 MG) | J2910 | | | | |
| DEPOTESTOSTERONE 100MG | J1070 | | | | |
| DEPOTESTOSTERONE 200MG | J1080 | PROCEDURES | | | |
| KENALOG (10MG) | J3301 | I.&D. SIMPLE | 10060 | | |
| | | I.&D. COMPLICATED | 10061 | | |
| | | EXCISION - LESION | 11xxx | | |
| | | HYFRECATION - LESION | 1700x | | |

| Diagnosis | | | | Next Appt. |
|---|---|---|---|---|
| 1 | Continue | 5 | | |
| 2 | | 6 | | RX's |
| 3 | | 7 | | |
| 4 | | 8 | | |

| Special Orders | Signature |
|---|---|
| | O.D. Mitchum, MD_____ |

# Exhibit J

# Medical Records from Wiregrass Medical Center dated August 1, 2005

STATE OF ALABAMA          )

GENEVA COUNTY           )

## CERTIFICATION OF RECORDS

I, _Jean Morris_, of the office of the Wiregrass Medical Center, do hereby certify that the documents annexed are a true copy from the original records of John P. Polcastro, Sr., SSN: 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, DOB 05/02/53, which are authorized by law to be and are, in fact, made and maintained in the regular and ordinary course of business and on file at the office of the Wiregrass Medical Center and in its legal custody.

Executed this _23rd_ day of _November, 2005_.

_Jean Morris_

Sworn to and subscribed before me this _23rd_ day of _Nov._, _2005_.

(SEAL)

_Faye Owen_
Notary Public
My Commission Expires:_____

MY COMMISSION EXPIRES
AUGUST 27, 2008

MY COMMISSION EXPIRES
AUGUST 27, 2008

WIREGRASS MEDICAL CENTER        1200 W MAPLE AVE        GENEVA        AL 36340

# EMERGENCY ROOM • OUTPATIENT RECOR

| PATIENT NUMBER | TYPE | PATIENT NAME | | AGE | BIRTHDATE | SEX | M/S | DATE OF SERVICE | TIME | CLERK INIT. |
|---|---|---|---|---|---|---|---|---|---|---|
| 517533 | 3 | PALCASTRO SANTANGER | | 52 | 5/02/1953 | M | SH | 8/01/05 | 22:35 | VVB |

| ADDRESS - LINE 1 | ADDRESS - LINE 2 | CITY | STATE | ZIP CODE | TELEPHONE |
|---|---|---|---|---|---|
| 517 COMMERCE ST | | GENEVA | AL | 36340 | 334-684-5670 |

| PATIENT SSAN | NOTIFY IN CASE OF EMERGENCY - NAME | RELATIONSHIP | ADDRESS | | TELEPHONE |
|---|---|---|---|---|---|
| 096447848 | NONE GIVEN | | | | |

| INSURANCE COMPANY | CONTRACT OR GROUP NUMBER | DATE | PLACE |
|---|---|---|---|
| | | 8/01/05 | HOME/OTHER ACCID |
| | | TIME | EVENT |
| | | | INJ TO BODY |

| GUARANTOR NAME | GUARANTOR ADDRESS | CITY | STATE | ZIP CODE | GUAR. TELEPHONE |
|---|---|---|---|---|---|
| PALCASTRO SANTANGER | 517 COMMERCE ST | GENEVA | AL | 36340 | 684-5670 |

| GUARANTOR EMPLOYER | GUARANTOR OCCUPATION | GUAR. EMPLOYER ADDRESS | GUAR. EMPL TELEPHONE |
|---|---|---|---|
| INMATE AT CO JAIL | | | |

| PREV. SERVICE | PREV. SERV. DATE | IF MINOR - PARENT NAME | MED. REC. # | ADMITTING/2ND PHYSICIAN |
|---|---|---|---|---|
| | | | 096447848 | MCLEOD J W/ |

| CHARGES | X-RAY | LAB | RESP. TH. | PHY. TH. | EKG | I.V. | DRUGS | SUPPLIES | OTHER | M.D. | E.R. RM | TOTAL DUE |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | | | | | | |

AUTHORIZATION FOR TREATMENT, GUARANTEE OF PAYMENT , ASSIGNMENT OF INSURANCE BENEFITS

1. The undersigned has been informed of the emergency treatment considered necessary for the above named patient, and that treatment and procedures will be performed by physicians, members of house staff and employees of the hospital. Authorization is hereby granted for such treatment and procedures. The undersigned has read the above authorization and understands the same and certifies that no guarantee or assurance has been made as to the results that may be obtained.
2. The undersigned agrees to pay for services rendered by hospital upon release of patient.
3. I/we hereby assign any hospital benefits, sick benefits, injury benefits due to a liability of a third party, payable by any party, for the above patient, to hospital unless I pay the account in full upon release of patient. I/we hereby authorize the 'Administrator of hospital' to furnish from its records any information requested by the before mentioned insurance companies in connection with the above assignment. I do hereby appoint the 'Controller' of Hospital as my lawful attorney to endorse for me any checks made payable to me for benefits or claims collected under the above assignment and to apply any credit balance to any other account I may owe said hospital.

| DATE | TIME | SIGNED PATIENT | SIGNED GUARANTOR |
|---|---|---|---|
| | | | |

CHIEF COMPLAINT (If Accident State How, When, and Where)

| TEMP. | PULSE | RESP. | B/P | ALLERGIES | MEDICATIONS - HOME | E.R. PHYSICIAN | TET. TOX. |
|---|---|---|---|---|---|---|---|
| | | | | | | | |

NURSES NOTES:

NURSE'S SIGNATURE (RN OR LPN)

LAB DATA (Including X-Rays, EKGs, etc.)

PHYSICIAN'S REPORT

# DIAGNOSIS:

TREATMENT:

| | CONDITION ON DISC |
|---|---|
| | IMP | STABLE | EXPIRED |

INSTRUCTIONS TO PATIENT:

FOLLOW-UP WITH

M.D.

PATIENT'S SIGNATURE ON DISCHARGE        DATE - TIME OF DISC.        PHYSICIAN'S SIGNATURE
BY SIGNING HERE I CERTIFY THAT I UNDERSTAND THE FOLLOWING

Wiregrass Medical Center
1200 W. Maple Avenue
Geneva, Alabama  36340

## CONDITIONS FOR TREATMENT

*5/7533 Palcastro Santangel*

1.  **MEDICAL AND SURGICAL CONSENT FOR TREATMENT:** The undersigned hereby authorizes WIREGRASS MEDICAL CENTER to furnish the necessary treatment, surgical procedures, anesthesia, x-ray examinations or treatments, drugs and supplies as may be ordered or requested by the attending physician(s). The undersigned acknowledges that no guarantee or assurance has been made as to the results of treatment, surgery or examinations in the hospital. The undersigned recognizes that all physicians furnishing services to the patient may be independent contractors and are not employees or agents of the Hospital.

2.  **RELEASE OF INFORMATION:** The undersigned hereby authorizes WIREGRASS MEDICAL CENTER to release to any insurers, their representatives or other third parties confidential information (including copies of records) relative to this hospitalization. This authorization includes, but is not limited, to the release of information relating to drug, alcohol and or psychiatric treatment as specified in Federal Regulation 42, CFR part 2. I further authorize any physician or institution that attended the patient previously to furnish medical records or information which may be requested by the Hospital or attending physicians.

3.  **RELEASE FROM LIABILITY FOR VALUABLES:** I have been made aware the WIREGRASS MEDICAL CENTER provides facilities for the safe keeping of my valuables and therefore, I release the Hospital from any responsibility due to loss or damage of my clothing, money, jewelry, or other items of value that I might keep at my bedside, or that may be brought to me by my friends and relatives.

4.  **GUARANTOR AGREEMENT:** The undersigned agrees, whether he signs as agent or patient, that in consideration of the services to be rendered to the patient, he hereby individually obligates himself to pay the account of the Hospital in accordance with the regular rates and terms of the Hospital. Should the account be referred to an attorney for collection, the undersigned shall pay reasonable attorney's fees and collection expense. All delinquent accounts bear interest at the legal rate.

5.  **ASSIGNMENT OF INSURANCE BENEFITS:** In the event the undersigned and/or patient is entitled to Hospital benefits of any type whatsoever arising out of any insurance policy or any other party liable to the patient, such benefits are hereby assigned to WIREGRASS MEDICAL CENTER for application to the patient's bill. It is agreed that the Hospital may receipt for any such payment and such payment will discharge the said insurance company of all obligations under the policy to the extent of such payment. The undersigned and/or patient agrees to be responsible for charges not paid by this assignment.

THE UNDERSIGNED CERTIFIES THAT HE HAS READ OR HAD THE FOREGOING INFORMATION EXPLAINED, HAS RECEIVED A COPY, AND IS THE PATIENT OR IS DULY AUTHORIZED BY THE PATIENT AS PATIENT'S GENERAL AGENT TO EXECUTE THE ABOVE AND ACCEPT ITS TERMS.

Date _____ 8-1- _____ 20 05 _____
                                                                              Patient

Witness _____           _____
                                                                     Patient's Agent or Representative

_____  _____   _____
                                                                     Relationship to Patient

### ASSIGNMENT OF MEDICARE BENEFITS:
**PATIENT CERTIFICATION, AUTHORIZATION TO RELEASE INFORMATION, AND PAYMENT REQUEST**

"I certify that the information given by me in applying for payment under title XVIII of the Social Security Act is correct. I authorize any holder of medical or other information about me to release to the Social Security Administration or its intermediaries or carriers any information needed for this or a related Medicare claim. I request that payment of authorized benefits be made on my behalf. I assign the benefits payable for physician services or authorize such physician or organization to submit a claim to Medicare for payment to me. I understand that I am responsible for Part A deductible for each spell of illness, the Part B deductible for each year, the remaining 20% of reasonable charges and any personal charges incurred."

_____  _____   _____
Date                                         Signature                                      Relationship to Patient

### ACKNOWLEDGEMENT OF MEDICARE

I hereby declare I am a participant in the Medicare Program and I am not enrolled in a health maintenance organization, (H.M.O.), or any other pre-paid group practice. I understand that if it is found that I am a participant in any of the above mentioned practices, I will be considered a self-pay patient required to pay in full immediately.

_____  _____   _____
Date                                         Signature                                      Relationship to Patient

WIREGRASS MEDICAL CENTER

**Billing Form**

*For Financial Class:*

*P*

| | |
|---|---|
| Patient Name........................................ PALCASTRO, SANTANGER | Discharge Date........................ 08/02/2005 |
| Admission Date.................................... 08/01/2005 | Date of Birth............................. 05/02/1953 |
| Medical Record Number..................... 096447848 | Sex............................................. Male |
| Age..................................................... 52 | |
| Account Number................................ 517533 | |

| DX | Code | DX Description |
|---|---|---|
| 1 | 919.0 | Abras/Friction Burn w/o Infect Site Mult/NOS |
| 2 | 873.40 | Open Wound Face Site NOS |
| 3 | E960.0 | Unarmed Fight/Brawl |

| PR | Code | PR Description | | Procedure Date | Surgeon |
|---|---|---|---|---|---|

| CPT | Code | CPT Modifiers | CPT Description | | CPT Date | CPT Surgeon |
|---|---|---|---|---|---|---|
| | | APC | PSI | Payment Rate | | ASC Group | ASC Fee |

Attending Physician........................... 006900

Consulting Physician.........................

Discharge Disposition......................... 01 - Home

DRG =

Status................................................

Memo
DRG

| MDC | Weight | AMLOS | GMLOS | LOS |
|---|---|---|---|---|

```
PRINT DATE: 08/02/05 902          Wiregrass Medical Center                    PAGE    1
Ed Benak M.D.                     1200 W. Maple Ave                           01D0304951
Medical Director                  Geneva, AL 36340-1642                       CLIA Number
      TIME: 13:00                 LABORATORY --- CUMULATIVE REPORT            H5LACJMV

NAME.: PALCASTRO SANTANGER        SEX.......: M                     PHY..: MCLEOD JIMMY W MD
ACCT#: 517533                     AGE.......: 52 Y                  ADMIT: 08/01/05
ROOM.: E.R.          - NO PENDING ORDERS   DOB.......: 05/02/1953   MR#..: 096447848
                                  PAT. PHONE: 3346845670
```

## CHEMISTRY

| | 08/01/05 2325 | REFERENCE RANGE | UNITS |
|---|---|---|---|
| SODIUM | 139 | 136 - 145 | meq/L |
| POTASSIUM | 4.5 | 3.5 - 5.1 | meq/L |
| CHLORIDE | 102 | 98 - 107 | mEq/L |
| CO2 | 23.7 | 22.0 - 29.0 | meq/L |
| ANION GAP | 13 | 6 - 18 | |
| GLUCOSE | 93 | 70 - 110 | mg/dl |
| BUN | 22 H | 7 - 18 | mg/dl |
| CREATININE | 1.1 | .8 - 1.3 | mg/dl |
| OSMOLALITY | 272 | 270 - 302 | Osm/kg |
| BUN/CREAT | 20 | 5 - 20 | |
| CALCIUM | 8.5 L | 8.8 - 10.5 | mg/dl |
| ALKALINE PHOS | 70 | 50 - 136 | U/L |
| AST/SGOT | 33 | 15 - 37 | U/L |
| ALT/SGPT | 43 | 30 - 65 | U/L |
| TOTAL BILI | 0.47 | .00 - 1.00 | mg/dl |
| TOTAL PROTEIN | 7.9 | 6.4 - 8.2 | gm/dl |
| ALBUMIN | 4.2 | 3.6 - 5.0 | g/dl |
| A/G RATIO | 1.1 | 1.0 - 2.0 | g/dL |
| GLOBULIN | 3.7 | 2.0 - 3.7 | g/dl |
| ALCOHOL | 225.8 H | .0 - .0 | mg/dl |
| MAGNESIUM | 2.10 | 1.80 - 2.40 | mg/dl |

## TDM & TOXICOLOGY

| | 08/01/05 2254 | REFERENCE RANGE | UNITS |
|---|---|---|---|
| AMPHETAMINES | NEGATIVE | Normal: | Negative |
| BARBITUATES | NEGATIVE | Normal: | Negative |
| BENZODIAZEPIN | NEGATIVE | Normal: | Negative |
| COCAINE | NEGATIVE | Normal: | Negative |
| METHADONE | NEGATIVE | Normal: | Negative |
| OPIATES | NEGATIVE | Normal: | Negative |
| PHENCYCLIDINE | NEGATIVE | Normal: | Negative |
| THC | NEGATIVE | Normal: | Negative |
| TRICYCLIC ANT | NEGATIVE | Normal: | Negative |

Urine Drug Screen is for screening purposes only. Positive results
will be sent to the Reference Lab for confirmation.

LEGEND:  L-Low, H-High, C-Critical, A-Abnormal, *E*-Error

PALCASTRO SANTANGER   E.R.
517533 MCLEOD JIMMY M MD
DOB-05/02/53   52   MALE
08/31/05

*Palcastro, Santangar*
*5-2-53*

ER/ROOM

**Wiregrass Medical Center**
**ER Medical Record**    ( ) Emergent  ( ) Urgent  ( ) Non-Emergent

Addressograph

| | |
|---|---|
| Triage Notes: 52 y.o. m to ED c̄ s/o multiple injuries then resisting arrest c̄ pain both arms, face & back dazed, strong smell of ETOH | Time: 2012  Temp: refused  Pulse: 84  Resp: 22  BP: 124/74 |
| Allergies: saline | LMP:  SpO2: |
| Meds: none | |
| Nurse Signature: [signature] | |

| | |
|---|---|
| H&P and CC: refuse eval | PMH: ⊖ |
| HPI: 52 y.o. male say he was in a altercation c̄ law enforcement — | Surg: ⊖ |
| | Social/Habits: ETOH |
| General: WD/WN  smell of ETOH | Family Hx: |
| HEENT: PERRL — multi lacerati on Rt. HEAD. | |
| Neuro: phys color cranial  cleared c̄ pt. histor ROS  ⊘ Neg  Document if positive | |
| Heart: RR & reg s̄ | Neuro/Psych: ☐ |
| Lungs: clear | Cardio/Resp: ☐ |
| Musculoskeletal: no bony tenderness | GU: ☐ |
| Abd/Rectal: soft T | Other: ☐ at — u + d |
| GU/Gyn: | |
| Ext/Skin: abrasion Rt side of face, hematoma (+) swelling  abrasion occip & Rt scalp-abrasion to elbow | |
| Dx: Multiple abrasion; Lacerations, face. | |

| Physician's Orders: | CBC ( ) | BMP/CMP  ETOH | Medication | Ini |
|---|---|---|---|---|
| EKG ( ) | ABG ( ) | PT/PTT ( )  MAGNESIUM | | |
| UA (Rout)(Cath) UDS | CT ( ) face | Amylase ( ) | | |
| CXR ( ) | Other Studies | US ( ) | | |
| CM ( ) | O2 ( ) | Foley ( )  IV: | | |

Disposition: Home ✓  Dr. Office ( )  Surgery ( )  Expired ( )  Adm Rm# ____  AMA/LWBS ( )  Date/Time: 0005/8-2-05

Transfer to ____  C/O Dr. ____  Via ____

Condition at Discharge/Transfer:  Improved ( ✓ )  Stable ( ✓ )  Deteriorated ( )  Unchanged ( )

Instructions to Pt: (1) Rx: —

(2) Instructions: neuro checks + head injury

(3) Follow up: see MD in 3 days

Signing this form denotes that I have reviewed all information on this document and I agree:

Physician's Signature: [signature]    Family Dr. NSD

# Wiregrass Medical Center
## Emergency Department
## Nursing Assessment

PALCASTRO SANTANGER    E.R.
517803 MCLEOD JIMMY W MD
DOU-CE/02/53  52  MALE
08/01/05

ER/ROOM

Mode of Arrival: ☑ Ambulatory ☐ Stretcher ☐ Ambulance ☐ Arms
☐ Other: _____

Accompanied By: ☐ Self ☐ Family/Friend ☑ Police ☐ Other
Immunizations up to date? ☑ Y ☐ N

Developmental Age Same as Stated Age ☑ Yes ☐ No

Addressograph

How do you prefer to learn? Written ☐ Verbal ☐ Combination ☐ ✓

Initial Contact Time: 2210    Allergies: Iodine
Date: 8-1-05

| Treatment PTA | Nutritional Assessment |
|---|---|
| None ☑  Cervical Collar ☐  Spineboard: ☐  Splint ☐  Dressings ☐ _____ | Are you on a regular diet? ☐ Y ☐ N |
| IV Fluids: _____ Rate: _____ Site: _____ | Have you had a recent weight loss or gain? ☐ Y ☐ N |
| Airway:  None ☐  Oral ☐  ET Tube ☐  ☐ Oxygen _____ via ☐ NC ☐ Mask | Comments: _____ |

## Respiratory

Respirations: ☐ Regular
☑ Irregular
☐ Shallow
☐ Deep

Breath Sounds: ☑ Bil. Clear
☐ Rhonchi ☐ Rales ☐ Wheezes

Cough: ☐ Productive
☐ Nonproductive

Sternal Retractions? ☐ Yes ☑ No
Dyspnea? ☐ Yes ☑ No
Comments: _____

## Circulation

Skin: ☑ Warm ☑ Dry
☐ Hot ☐ Diaphoretic
☐ Cold ☐ Clammy

Color: ☑ Normal ☐ Pink
☐ Dusky ☐ Flushed ☐ Pale
☐ Cyanotic ☐ Jaundice

Edema: ☐ Yes ☑ No
JVD: ☐ Yes ☑ No
Capillary Refill: ☑ Quick ☐ Slow
Comments: _____

## Glasgow Coma Scale

| Eyes Open: | Spontaneously | 4 |
|---|---|---|
| | To Verbal Command | 3 |
| | To Pain | 2 |
| | No Response | 1 |
| Best Motor Response | Obeys | 6 |
| | Localizes Pain | 5 |
| | Flexion-Withdrawal | 4 |
| | Flexion/Abnormal (Decorticate Rigidity) | 3 |
| | Extension (Decerebrate Rigidity) | 2 |
| | No Response | 1 |
| Best Verbal Response | Oriented/Converses | 5 |
| | Disoriented/Converses | 4 |
| | Inappropriate Words | 3 |
| | Incomprehensible Sounds | 2 |
| | No Response | 1 |

GCS Total (3-15): 15

## Laceration (s)
Location(s): Elbow L
Size(s): 1cm
Bleeding Controlled: ☑ Yes ☐ No
Comments: _____
Full Range of Motion ☐ Y ☐ N
Pulse: _____ ☐ Y ☐ N
Sensation Intact: _____ ☐ Y ☐ N

## Neurological

Level of Consciousness:
☑ Alert ☐ Responds to Voice
☐ Responds to Pain
☐ Unresponsive ☐ Lethargic

Orientation:
☑ Appropriate Response
☐ Inappropriate Response

Pupils: Brisk ☑ L ☑ R
Sluggish ☐ L ☐ R
Nonreactive ☐ L ☐ R
Size: L:____ R:____

Visual Acuity: ☑ N/A
OD: _____ OS: _____

Movement: ☑ Voluntary
☐ Involuntary

Hand Grasp:  L  R
Strong ☑ ☑
Weak ☐ ☐
Absent ☐ ☐

Slurred Speech? ☐ Yes ☐ No

## Abdominal

☐ Distended ☐ Nausea
☐ Vomiting ☐ Diarrhea
☐ Constipation ☐ LBM:
Bowel Sounds: ☑ Present
☐ Absent
Comments: _____

## Pain/Injury Location



Location (circled above)
Radiation (arrow above)

## Emotional Assessment

Eye Contact ☐ Y ☐ N
Affect: ☑ Normal ☐ Flat
☑ Cooperative ☐ Disoriented
☐ Combative ☐ Anxious

Do you feel safe in your present living environment?
☑ Yes ☐ No
If no, would you like to talk to someone? ☐ Yes ☐ No
Comments: _____

## GU-GYN

Pain in Voiding: ☐ Yes ☐ No
Frequency ☑ Yes ☐ No
Bleeding: ☐ Yes ☐ No
Vaginal Bleeding ☐ Yes ☐ No
Vaginal Discharge ☐ Yes ☐ No
☐ Scant ☐ Moderate ☐ Large
Grav____ Para____ Ab____
Comments: _____

## Orthopedic

Ext Deformity: ☐ Yes ☑ No
Full ROM: ☑ Yes ☐ No
Pulse: +2
Cap. Refill: ☑ Brisk ☐ Slow
Temp: ☐ Warm ☐ Cold
Sensation Intact: ☐ Y ☐ N

## Nurse's Signature

_____

## Pain Cont'd

Severity:
0  1  2  3  4  5  6  7  8  9  10
Exacerabated By: _____
Relieved By: _____
☑ Pt unable to rate

# WIREGRASS MEDICAL CENTER
1200 W. MAPLE AVE.
GENEVA, AL 36340
(334) 684-3655

**ED-OP**
**HOME INSTRUCTION SHEET**

| 1. MEDICAL RECORD NO. | 2. BILLING NO. | 3. A/R NO. |
|---|---|---|

**INFORMATION**

| 4. CLASS | 5. DATE | 6. TIME | 7. SRC | 8. TYPE | 9. SAD |
|---|---|---|---|---|---|

| 10. PATIENT'S LEGAL NAME (L.F.M) | 11. SEX | 12. RACE | 13. BIRTHDATE | 14. AGE | 15. HEIGHT | 16. WEIGHT | 17. SS | 18. MS | 19. |
|---|---|---|---|---|---|---|---|---|---|
| FILCASTRO SANTANGER | | E.R. | | | | | | | |

| 20. RF | 21. NOTIFY IN EMERGENCY | 22. HOME TELE | 23. WORK TELE | 24. HOW PATIENT ARRIVED |
|---|---|---|---|---|
| | 517533 MCLEOD JIMMY W | | | |
| | DOB 02/02/53   52   MALE | | | |

| 25. C. COMPLAINT | 26. | 27. PROC CD | 28. PROCEDURE | 29. LOC | 30. TIME | 31. ANES |
|---|---|---|---|---|---|---|
| 08/01/05 | | | **OUTPATIENT SURGERY INFORMATION** | | | |

| 32. PHYSICIAN CALLED | 33. ATTENDING PHYSICIAN | | 34. FAMILY PHYSICIAN |
|---|---|---|---|
| ER/ROOM | | | |

## SPRAIN, FRACTURE, & SEVERE BRUISES
☐ Elevate the injured part above level of heart to lessen swelling. If pillows flatten, use chair cushions with pillows or blanket for comfort.
☐ Ice packs also help prevent swelling, especially during the first 48 hours.
☐ Place ice in plastic or rubber bag, cloth covering; after 48 hours, use heat.
☐ If you have an elastic bandage, rewrap it if too tight or loose. Remove at bedtime and replace in A.M.
☐ If you have a cast, keep it perfectly dry at all times.
☐ Wiggle toes or fingers to help prevent swelling in the cast—this should be done often if it does not cause pain.
☐ If the part swells anyway or gets cold, blue or numb or pain increases markedly, have it checked promptly.
☐ Use crutches.

## BACK AND NECK INJURY INSTRUCTIONS
☐ USE HEAT OR COLD ON THE INJURED AREA - whichever seems to help the most. Be careful not to burn yourself.
☐ Rest as much as possible until you are improved.
☐ Avoid positions and movement that make the pain worse.
☐ Relax emotionally - if you are tense the problem will on be worse.
☐ Gentle but firm massage will increase circulation in sore muscles and helps to clear the soreness.
☐ Wear special collar when out of bed.

## HEAD INJURY INSTRUCTIONS
Persons who receive blows to the head may have injuries that cannot always be seen by X-ray or examination soon after accident. For the next 24 hours it is important that these instructions be followed:
☐ Awaken the patient every two hours, even at night, to be sure he knows where he is and is not confused.
☐ Check eyes to see that both pupils are of equal size.
☐ Prevent the taking of sleeping pills, tranquilizers or alcohol.
☐ Restrict excessive work or play.
  *Call your family doctor or local hospital immediately if the patient:*
☐ Develops a severe headache.
☐ Vomits more than twice within a short time.
☐ Is confused, faints or is hard to awaken.
☐ Has a pupil of one eye larger than the other
☐ Complains of double vision.
☐ Shows abnormal behavior such as staggering or walking into things.

## X-RAY INSTRUCTIONS
Your X-rays have been read by the attending physician in the Emergency Dept. For your added protection, your X-ray will be reread the next morning by Radiology Dept. If any abnormalities are found that have not been called to your attention, you and your doctor will be called immediately. (Please be certain that the Emergency Dept. has a phone number where you can be reached.) Sometimes fractures or abnormalities may not show up on X-rays for several days. If your symptoms continue or get worse, call your doctor. More X-rays may need to be taken. If you are referred to another physician, come by the hospital and pick up your X-ray and take them with you to the doctor's office. Please call ahead to X-ray Dept.

## WOUND CARE (Cuts, Abrasions, Burns, Stitches)
☐ Keep the dressings clean and dry.
☐ Elevate the wound to help relieve soreness and help speed wound healing.
☐ Despite the greatest care, any wound can be infected. If your wound becomes red, swollen, shows pus or red streaks, or feels more sore instead of less sore as days go by, you must report to your doctor right away.
☐ Dressing should be changed in _____ days.
☐ Treatment rendered _____
☐ Tetanus Toxoid given _____
    250 units of tetanus immune globulin was given. To complete your immunization, you must receive two additional doses of toxoid 4-6 weeks apart. Call your physician for the next dose.
☐ Warm soaks to area 4 times daily. 20-40 minutes each time.
☐ Continuous warm compresses.

## VOMITING & DIARRHEA
☐ Do not feed anything for 4 hours.
☐ After 4 hours, if there is not vomiting and/or diarrhea, offer 2 tablespoons (1 ounce) of any of the following: clear liquids, Coke, Gingerale, 7-up, weak tea, Gatorade or Jello, water. If patient is hungry you may add 1 teaspoon of sugar to each ounce of liquid.
☐ UNDER NO CIRCUMSTANCES USE MILK OR MILK PRODUCTS.
☐ The 2 tablespoons of liquid may be offered every hour. If after 4 hours no vomiting has occured, the amount may be slowly increased.
☐ Using no more than ½ glass (4 ounces) of liquid at a time continue this treatment for 24 hours.
☐ Contact your doctor's office for further instructions after 24 hours.

## GENERAL INSTRUCTIONS
☐ Stay in bed/may go to bathroom.
☐ Use vaporizer.
☐ Drink large amounts of liquids.
☐ Take _____ aspirin every 4 hours.
☐ Avoid any use of injured part.
☐ Allow only limited use of the part.
☐ You need not necessarily limit activity.
☐ Fill Prescriptions given to you from Emergency Dept. and take as directed.
☐ No driving or any activity requiring mental alertness after receiving medication.

## FEVER OVER 102
☐ Sponge with lukewarm water in the tub.
☐ If temperature increases or persists for 24 hours, see your family doctor.

## EYE INJURY
☐ Any eye injury is potentially hazardous.
☐ Any increasingly severe discomfort, redness or sudden impairment of vision should be reported immediately to your physician or eye specialist below.
☐ Do not drive with eye patch.

## ANIMAL OBSERVATION
Instructions for observation of any animal that may have bitten a human if that animal is available for observation.
☐ Have animal taken to Veterinarian for observation.
☐ If the owner should refuse to take the animal to the Veterinarian, notify the County Health Officer of the situation.

**ADDITIONAL INSTRUCTIONS** (1) Follow ABOVE HEAD INJURY INSTRUCTIONS (2) NEURO CHECKS EVERY 2-4 HOURS

I hereby acknowledge receipt of all the instructions indicated above. I understand that I have received EMERGENCY treatment only and that I may be released before al my medical problems are known or treated. I will arrange for follow-up care as indicated above. I understand that if my conditions worsen or new symptoms appear, I should contact my Doctor immediately.

| PATIENT/PARENT'S SIGNATURE | NURSE'S SIGNATURE | PHYSICIAN'S SIGNATURE |
|---|---|---|
| | _____ RN | |

## SCHOOL AND WORK EXCUSE
PATIENT NAME _____                                    DATE _____

☐ No work for _____ days
☐ Light work for _____ days
☐ May return to work on _____

☐ No school for _____ days
☐ No Physical Education for _____ days
☐ May return to school on _____

WIREGRASS MEDICAL CENTER

# ADVANCE DIRECTIVE
## ACKNOWLEDGEMENT

NAME: _Sintanser Palcastio_     SOC. SEC. NO: _096 447 848_

IDENTIFICATION NO: _517533_     DATE OF BIRTH: _5-2-1953_

## PLEASE READ THE FOLLOWING FOUR STATEMENTS.

1. I have been given written materials about my right to accept or refuse medical treatments

2. I have been informed of my rights to formulate Advance Directives.

3. I understand that I am not required to have an Advance Directive in order to receive medical treatment at this health care facility.

4. I understand that the terms of any Advance Directive that I have executed will be followed by the health care facility and my caregivers to the extent permitted by law.

## PLEASE CHECK <u>ONE</u> OF THE FOLLOWING STATEMENTS:

☐ **I HAVE** executed an Advance Directive.

☑ **I HAVE NOT** executed an Advance Directive.

Signed _X_ _patint's mark_     Date: _8-1-05_

Witness: _____     Date: _____

Witness: _Vncld Bart_     Date: _____
_Bam Baine RN_

Form # 390  Advance Directive Acknowledgement

PALCASTRO SANTANDER     E.R.
517533 MCLEOD JIMMY W MD
MOD-03/02/53  52   MALE
08/01/05

ER/ROOM

**Wiregrass Medical Center**
**Emergency Physician's Charge Sheet**          Date:

| Debridement | | Repair/Simple- Single Layer Cont'd | |
|---|---|---|---|
| 19511000 | Infected Skin | Face, Ears, Eyelids, Nose, Lips, | |
| 19511040 | Partial Skin Thickness | and/or Mucous Membranes | |
| 19511041 | Skin, Full Thickness | 19512011 | 2.5 cm or less |
| 19511042 | Skin and Sub Q Tissue | 19512013 | 2.6 - 5.0 cm |
| 19511043 | Skin, Sub Q, Muscle | 19512014 | 5.1-7.5 cm |
| 19511044 | Skin, Sub Q, Muscle, Bone | 19512015 | 7.6 - 12.5 cm |

| Level of Service | | Hematoma and Abcess | | 19512016 | 12.6 - 20.0 cm |
|---|---|---|---|---|---|
| 19599281 | Level I | 19510080 | I&D Simple Abcess, Furuncle | 19512017 | 20.1 - 30.0 cm |
| 19599282 | Level II | 19510061 | I&D Simple Abcess, Complicated/ | 19512018 | Over 30.0 cm |
| 19599283 | Level III | | Multiple | 19512020 | Superficial WD Dehis |
| 19599284 | Level IV | 19510140 | I&D Hematoma Simple | 19512021 | Superficial WD Dehis-Pack |
| 19599285 | Level V | 19510160 | I&D Puncture Aspiration, Abcess | Repair/Intermediate-Layered | |
| 19599288 | Direct Life Support In Transit | 19546320 | Hemorrhoid, Thrombosed | Scalp, Axillae, Trunk, and/or Extremities | |
| 19599025 | Visit with Surgery | Burns | | 19512031 | 2.5 cm or less |
| 19599291 | Critical Care per Hour | 19516000 | First Degree Burn, Initial | 19512032 | 2.6 - 7.5 cm |
| 19599292 | Critical Care per 1/2 hour | 19516020 | Small Burn, Debride,Dress | 19512034 | 7.6 - 12.5 cm |
| 19591105 | NG Lavage/Aspiration | 19516025 | Medium Burn, Debride/Dress | 19512035 | 12.6 - 20.0 cm |
| 19599175 | Ipecac Admin/Observe Gastric | 19516030 | Large Burn, Debride/Dress | 19512036 | 20.1 - 30.0 cm |
| | emptying | OB/GYN Procedures | | 19512037 | Over 30.0 cm |
| Airway/Pulmonary | | 19556405 | I&D, Abcess, Vulva | Neck, Hand, Feet, and/or External Genitalia | |
| 19531500 | Endotracheal Intubation | 19556420 | I&D, Bartholin Abcess | 19512041 | 2.5 cm or less |
| 19531511 | FB Removal | 19559410 | Emergency Vaginal Delivery | 19512042 | 2.6 - 7.5 cm |
| 19532020 | Tube Thoracostomy | Arthrocentesis | | 19512044 | 7.6 - 12.5 cm |
| Vascular Procedures | | 19520600 | Arthrocentesis, Small Joint | 19512045 | 12.6 - 20.0 cm |
| 19536410 | Non-Routine Venipuncture | 19520605 | Arthrocentesis, Intermediate Joint | 19512046 | 20.0 - 30.0 cm |
| 19590780 | IV Therapy Requiring MD | 19520610 | Arthrocentesis, Major Joint | 19512047 | Over 30.0 cm |
| | per hour | Miscellaneous Fractures | | Face, Ears, Eyelids, Nose, Lips, | |
| 19592977 | Thrombolysis IV infusion | 19521800 | Closed Rib Fracture | and/or Mucous Membranes | |
| Cardiac Procedures | | 19523500 | Clavicle | 19512051 | 2.5 cm or less |
| 19592950 | CPR | 19523720 | Closed Phalangeal Shaft | 19512052 | 2.6 - 5.0 cm |
| 19592953 | Transcutaneous Pacing | 19526750 | Closed Distal Phalangeal | 19512053 | 5.1 - 7.5 cm |
| 19592960 | Cardioversion, Elective | 19528490 | Closed Fracture, Great Toe | 19512054 | 7.6 - 12.5 cm |
| 19593010 | EKG Interpretation | 19528510 | Closed Phalanx other than Gr. Toe | 19512055 | 12.6 - 20.0 cm |
| Ophthalmology | | | | 19512056 | 20.1 - 30.0 cm |
| 19565205 | FB | Miscellaneous Closed Dislocations | | 19512057 | Over 30.0 cm |
| 19565210 | FB Conjunctival/Embedded | 19521480 | TMJ Uncomplicated | | |
| 19567938 | FB, Eyelid | 19523650 | Shoulder w/ Manipulation | Repair/Complex-Reconstructive or | |
| Ear,Nose, and Throat | | 19524640 | Nursemaid's Elbow | Complicated Wound Closure | |
| 19542809 | FB Pharynx | 19526700 | Finger, MP Joint | Trunk | |
| 19569200 | FB External Ear Canal | 19526770 | Finger, IP Joint | 19513100 | 1.1 - 2.5 cm |
| 19569210 | Impacted Cerumen | 19528660 | Toe IP Joint | 19513101 | 2.6 - 7.5 cm |
| 19530300 | FB Intranasal | Miscellaneous Procedures | | Scalp, Arms, and/or Legs | |
| 19530901 | Anterior Epitaxis, Simple | 19553670 | Urine Catheterization, Simple | 19513120 | 1.1 - 2.5 cm |
| 19530903 | Anterior Epitaxis, Complex | 19553675 | Urine Catheterization, Complex | 19513121 | 2.6 - 7.5 cm |
| 19530905 | Posterior Epitaxis, Initial | 19562270 | Spinal Puncture | Forehead, Cheeks, Chin, Mouth, Neck, | |
| Soft Tissue/Foreign Body Removal | | 19564450 | Digital Block | Axillae, Genitalia, Hands, and or Feet | |
| 19510120 | Sub Q, Simple | 19582270 | Stool for Occult Blood | 19513132 | 1.1 - 7.5 cm |
| 19510121 | Sub Q, Complicated | 19593042 | Rhythm Strip Interpretation | Eyelids, Nose, Ears, and/or Lips | |
| 19520520 | Muscle, Simple | Repair/Simple- Single Layer | | 19513151 | 1.1 - 2.5 cm |
| 19520525 | Muscle, Complex | Scalp, Neck, Axillae, External Genitalia, Trunk, | | 19513152 | 2.6 - 7.5 cm |
| Nails | | and/or extremities | | | |
| 19511730 | Avulsion/Nail, Simple | 19512001 | 2.5 cm or less | | |
| 19512740 | Subungal Hematoma | 19512002 | 2.6 - 7.5 cm | | |
| | | 19512004 | 7.6 - 12.5 cm | | |
| | | 19512005 | 12.6 - 20.0 cm | | |

PALCASTRO SANTANGER    E.R.
517533 MCLEOD JIMMY W MD
DOB-05/02/53   52   MALE
08/01/05

ER/ROOM

Wiregrass Medical Center
ER Level of Service Charge Sheet

| | | Integumentary |
|---|---|---|
| | 19611760 | Repair of Nail Bed |
| | 19611740 | Subungal Hematoma |
| | | Dressing Application |
| | 19610120 | FB removal |
| | 19620000 | I&D Abcess |
| | 19610000 | Laceration Repair (simple,intermed) |
| | 19610000 | Laceration Complex |
| | 19611040 | Debridement |
| | 19616020 | Treatment of Burns |
| | | Orthopedics |
| | | Behr Block/Regional Block |
| | 19629500 | Casting/Splinting |
| | 19629705 | Removal or Revision of Cast |
| | | Tx of fx/dislocation with manipulation |
| | 19620950 | Compartmental Syndrome |
| | | Neurological |
| | 19662290 | Lumbar Puncture |

| | | Circulatory |
|---|---|---|
| | | Jugular,Cutdown, Central Line |
| | 19636430 | Blood Administration |
| | 19692960 | Cardioversion, Mechanical |
| | 19692950 | Code Blue |
| | 19692953 | External Pacemaking |
| | 19631500 | Intubation |
| | 19690471 | Vacine Admin.  (other than Rabies) |
| | 19690675 | Vacine Administration (Rabies) |
| | 19690784 | Medication Administration IV |
| | 19690782 | Medication Administration IM or SQ |
| | 19690780 | IV infusion-up to 1 hour |
| | 19690781 | IV infusion-each additional hour |
| | 19649080 | Paracentesis |
| | | Peritoneal Lavage/Tap |
| | 19632000 | Thoracentesis |
| | 19633010 | Pericardiocentesis |
| | 19632002 | Chest Tube Insertion |
| | | IV Hydration |

| | | Other |
|---|---|---|
| | 19682962 | Glucose fingerstick |

| | | ENT |
|---|---|---|
| | | Eye Irrigation |
| | | Eye Exam/Corneal Abrasion |
| | | Foreign Body Removal Ear |
| | | Foreign Body Removal Nose |
| | | Irrigation Ear |
| | | Nose Bleed/Nasal Packing |
| | | Rust Ring (Foreign Body Removal) |

| | | Respiratory |
|---|---|---|
| | 19631603 | Tracheotomy |
| | 19631605 | Cricothyrotomy |
| | 19631603 | Trach Change |

| | | Gastrointestinal |
|---|---|---|
| | 19691105 | Gastric Lavage or NGT insertion |
| | 19643760 | Gastrostomy Tube Placement |

| | | Genitourinary |
|---|---|---|
| | 19659409 | Delivery/Birth |
| | | Supra Pubic Cath, or Turkey Tray |
| | 19651700 | Irrigation of Catheter |
| | | Pelvic Exam |

| | | Treatment Level |
|---|---|---|
| 19699211 | Low Level E/R |
| 19699281 | Emergency WD |
| 19699282 | Emergency I |
| | Emergency I with procedure |
| 19699283 | Emergency II |
| | Emergency II with procedure |
| 19699284 | Emergency III |
| | Emergency III with procedure |
| 19699285 | Emergency IV |
| | Emergency IV with procedure |
| 19699291 | Critical Care |
| | Critical Care with procedure |
| | Observation I |
| | Observation II |
| | Observation III |

WIREGRASS MEDICAL CENTER        1200 W MAPLE AVE        GENEVA        AL 36340

## EMERGENCY ROOM•OUTPATIENT RECOR

| PATIENT NUMBER | TYPE | PATIENT NAME | | AGE | BIRTHDATE | SEX | M/S | DATE OF SERVICE | TIME | CLERK INIT. |
|---|---|---|---|---|---|---|---|---|---|---|
| 519327 | 2 | PALCASTRO JOHN PHILLIP | | 52 | 5/02/1953 | M | SW | 8/25/05 | 14:39 | GDC |

| ADDRESS - LINE 1 | ADDRESS - LINE 2 | CITY | STATE | ZIP CODE | TELEPHONE |
|---|---|---|---|---|---|
| 405 W WASHINGTON | | SAMSON | AL | 36477 | 334-684-5670 |

| PATIENT SSAN | NOTIFY IN CASE OF EMERGENCY - NAME | RELATIONSHIP | ADDRESS | TELEPHONE |
|---|---|---|---|---|
| 096447848 | NONE GIVEN | | | |

| INSURANCE COMPANY | CONTRACT OR GROUP NUMBER | DATE | PLACE |
|---|---|---|---|
| | | 8/01/05 | HOME/OTHER ACCID |
| | | TIME | EVENT |
| | | | FACIAL CONTUSIO |

| GUARANTOR NAME | GUARANTOR ADDRESS | CITY | STATE | ZIP CODE | GUAR. TELEPHONE |
|---|---|---|---|---|---|
| PALCASTRO JOHN PHILLI | 405 W WASHINGTON | SAMSON | AL | 36477 | 684-5670 |

| GUARANTOR EMPLOYER | GUARANTOR OCCUPATION | GUAR. EMPLOYER ADDRESS | GUAR. EMPL TELEPHONE |
|---|---|---|---|
| INMATE AT CO JAIL | | | |

| PREV. SERVICE | PREV. SERV. DATE | IF MINOR - PARENT NAME | MED. REC. # | ADMITTING/2ND PHYSICIAN |
|---|---|---|---|---|
| 517533 | 8/01/05 | | 096447848 | MITCHUM O / |

| CHARGES | X-RAY | LAB | RESP. TH. | PHY. TH. | EKG | I.V. | DRUGS | SUPPLIES | OTHER | M.D. | E.R. RM | TOTAL DUE |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | | | | | | |

AUTHORIZATION FOR TREATMENT, GUARANTEE OF PAYMENT , ASSIGNMENT OF INSURANCE BENEFITS

1. The undersigned has been informed of the emergency treatment considered necessary for the above named patient, and that treatment and procedures will be performed by physicians, members of house staff and employees of the hospital. Authorization is hereby granted for such treatment and procedures. The undersigned has read the above authorization and understands the same and certifies that no guarantee or assurance has been made as to the results that may be obtained.
2. The undersigned agrees to pay for services rendered by Hospital upon release of patient.
3. I/we hereby assign any hospital benefits, such benefits, injury benefits due to a liability of a Third party, payable by any party, for the above patient, to hospital unless I pay the account in full upon release of patient.
4. I/we hereby authorize the "Administrator of Hospital" to furnish from its records any information requested by the before mentioned insurance companies in connection with the above assignment. I do hereby appoint the "Controller of Hospital as my lawful attorney to endorse for me any checks made payable to me for benefits or claims collected under the above assignment and to apply any credit balance to any other account I may owe said hospital.

| DATE | TIME | SIGNED PATIENT | SIGNED GUARANTOR |
|---|---|---|---|
| | | | |

CHIEF COMPLAINT (If Accident State How, When, and Where)


| TEMP. | PULSE | RESP. | B/P | ALLERGIES | MEDICATIONS - HOME | E.R. PHYSICIAN | TET. TOX. |
|---|---|---|---|---|---|---|---|
| | | | | | | | |

NURSES NOTES:


| | NURSE'S SIGNATURE (RN OR LPN) |
|---|---|
| | |

LAB DATA (Including X-Rays, EKGs, etc.)


PHYSICIAN'S REPORT


# DIAGNOSIS:

TREATMENT:

| | CONDITION ON DISC | | |
|---|---|---|---|
| | IMP | STABLE | EXPIRED |

INSTRUCTIONS TO PATIENT:

| | FOLLOW-UP WITH |
|---|---|
| | M.D. |
| | M.D. |

**Wiregrass Medical Center**
1200 W. Maple Avenue
Geneva, Alabama 36340

# CONDITIONS FOR TREATMENT

1. **MEDICAL AND SURGICAL CONSENT FOR TREATMENT:** The undersigned hereby authorizes WIREGRASS MEDICAL CENTER to furnish the necessary treatment, surgical procedures, anesthesia, x-ray examinations or treatments, drugs and supplies as may be ordered or requested by the attending physician(s). The undersigned acknowledges that no guarantee or assurance has been made as to the results of treatment, surgery or examinations in the hospital. The undersigned recognizes that all physicians furnishing services to the patient may be independent contractors and are not employees or agents of the Hospital.

2. **RELEASE OF INFORMATION:** The undersigned hereby authorizes WIREGRASS MEDICAL CENTER to release to any insurers, their representatives or other third parties confidential information (including copies of records) relative to this hospitalization. This authorization includes, but is not limited, to the release of information relating to drug, alcohol and or psychiatric treatment as specified in Federal Regulation 42, CFR part 2. I further authorize any physician or institution that attended the patient previously to furnish medical records or information which may be requested by the Hospital or attending physicians.

3. **RELEASE FROM LIABILITY FOR VALUABLES:** I have been made aware the WIREGRASS MEDICAL CENTER provides facilities for the safe keeping of my valuables and therefore, I release the Hospital from any responsibility due to loss or damage of my clothing, money, jewelry, or other items of value that I might keep at my bedside, or that may be brought to me by my friends and relatives.

4. **GUARANTOR AGREEMENT:** The undersigned agrees, whether he signs as agent or patient, that in consideration of the services to be rendered to the patient, he hereby individually obligates himself to pay the account of the Hospital in accordance with the regular rates and terms of the Hospital. Should the account be referred to an attorney for collection, the undersigned shall pay reasonable attorney's fees and collection expense. All delinquent accounts bear interest at the legal rate.

5. **ASSIGNMENT OF INSURANCE BENEFITS:** In the event the undersigned and/or patient is entitled to Hospital benefits of any type whatsoever arising out of any insurance policy or any other party liable to the patient, such benefits are hereby assigned to WIREGRASS MEDICAL CENTER for application to the patient's bill. It is agreed that the Hospital may receipt for any such payment and such payment will discharge the said insurance company of all obligations under the policy to the extent of such payment. The undersigned and/or patient agrees to be responsible for charges not paid by this assignment.

THE UNDERSIGNED CERTIFIES THAT HE HAS READ OR HAD THE FOREGOING INFORMATION EXPLAINED, HAS RECEIVED A COPY, AND IS THE PATIENT OR IS DULY AUTHORIZED BY THE PATIENT AS PATIENT'S GENERAL AGENT TO EXECUTE THE ABOVE AND ACCEPT ITS TERMS.

Date _____ 20___     _____
                                                                          Patient

Witness _____     _____
                                                                          Patient's Agent or Representative

                                                                 _____
                                                                          Relationship to Patient

## ASSIGNMENT OF MEDICARE BENEFITS:
### PATIENT CERTIFICATION, AUTHORIZATION TO RELEASE INFORMATION, AND PAYMENT REQUEST

"I certify that the information given by me in applying for payment under title XVIII of the Social Security Act is correct. I authorize any holder of medical or other information about me to release to the Social Security Administration or its intermediaries or carriers any information needed for this or a related Medicare claim. I request that payment of authorized benefits be made on my behalf. I assign the benefits payable for physician services or authorize such physician or organization to submit a claim to Medicare for payment to me. I understand that I am responsible for Part A deductible for each spell of illness, the Part B deductible for each year, the remaining 20% of reasonable charges and any personal charges incurred."

_____     _____     _____
Date                                       Signature                                 Relationship to Patient

## ACKNOWLEDGEMENT OF MEDICARE

I hereby declare I am a participant in the Medicare Program and I am not enrolled in a health maintenance organization, (H.M.O.), or any other pre-paid group practice. I understand that if it is found that I am a participant in any of the above mentioned practices, I will be considered a self-pay patient required to pay in full immediately.

_____     _____     _____
                                              Signature                                 Relationship to Patient

WIREGRASS MEDICAL CENTER

Billing Form

*For Financial Class:*

*P*

Patient Name...................................... PALCASTRO, JOHN P.          Discharge Date....................... 08/25/2005

Admission Date.................................. 08/25/2005          Date of Birth............................ 05/02/1953

Medical Record Number..................... 096447848          Sex.......................................... Male

Age.................................................... 52

Account Number................................. 519327

| DX | Code | DX Description |
|----|------|----------------|
| 1 | 923.00 | Contusion of Shoulder Region |
| 2 | 920 | Contusion of Face/Scalp/Neck Excl Eye |

| PR | Code | PR Description | | Procedure Date | Surgeon |
|----|------|----------------|--|----------------|---------|

| CPT | Code | CPT Modifiers | CPT Description | | CPT Date | CPT Surgeon |
|-----|------|---------------|-----------------|--|----------|-------------|
| | | APC | PSI | Payment Rate | ASC Group | ASC Fee |

Attending Physician........................... MITCHUM O D

Consulting Physician........................

Discharge Disposition........................ 01 - Home

DRG =

Status................................................

Memo
DRG

| MDC | Weight | AMLOS | GMLOS | LOS |
|-----|--------|-------|-------|-----|

08/25/2005

# WIREGRASS MEDICAL CENTER
## 1200 WEST MAPLE AVENUE
### GENEVA, ALABAMA

---

### RADIOLOGY REPORT

---

NAME: PALCASTRO JOHN PHILLIP  
AGE: 52    SEX: M  
DOB: 05/02/1953  
STAY TYPE: O/P    ROOM:  
ADMIT DATE: 08/25/05  
ACCT NUMBER: 519327  
LOCATION:  
TRANS DATE: 8/26/05  

PATIENT PHONE: 334/684/5670  
ORDERING PHY: MITCHUM O  
ADMITTING PHY: MITCHUM O  
REFERRING PHY:  
FAMILY PHY:  
XRAY NUMBER: 24044  
MR NUMBER: 096447848  
TRANS INITIALS: SR  

<=X-RAY ORDER=>            COMPLETE:08/25/05 14:49 NAP 22637  
Reason for Procedure: CONTUSION  
FACIAL BONES MIN.3V        70150     COMPLETE:08/25/05 14:49 NAP 22641  
SHOULDER MIN 2V            73030     COMPLETE:08/25/05 14:49 NAP 22642  

---

*** UNSIGNED TRANSCRIPTIONS REPRESENT A PRELIMINARY REPORT AND DOES ******  
NOT REFLECT A MEDICAL OR LEGAL DOCUMENT ***

---

LEFT SHOULDER 2 VIEWS:  THE AC JOINT IS INTACT.  THERE IS NO DEFINITE FRACTURE OR DISLOCATION IDENTIFIED.

OPINION:   UNREMARKABLE EXAM.

FACIAL BONES:    THE ORBITS ARE INTACT AND THERE IS NO DEVIATION OF THE NASAL SEPTUM.   THE SINUSES ARE WELL AERATED.  THERE ARE NO DEFINITE FRACTURES IDENTIFIED.

OPINION:   UNREMARKABLE EXAM.

---

JOHN C. TOMBERLIN, M.D.

# Wiregrass
## MEDICAL CENTER

1200 West Maple Ave.
Geneva, Alabama 36340
334-684-3655 voice
334-684-3558 fax

| Patient Name | | |
|---|---|---|
| SS# | | DOB |
| Phone | | Precertification # |
| Physician Signature /Date | | |

Diagnosis
(Essential for registration)

| STAT & Call Results | Fax to # | Send Results by Courier | Results by Mail |
|---|---|---|---|

## Laboratory

| | | |
|---|---|---|
| Amylase | Lipid Profile | RA Profile |
| ANA | Hepatic Panel | RA Test |
| B12/Folate | Mono test | Sed. Rate |
| Calcium | Phenobarbital | SGOT |
| CBC | Potassium | Tegretol Level |
| Cholesterol | Pregnancy-Urine | Theophylline |
| Culture | Pregnancy-Serum | Thyroid Profile |
| Depakote Level | Basic Metabolic | Triglycerides |
| Digoxin Level | Comp Metabolic | Lithium |
| Dilantin Level | Pro Time | Urine Culture |
| Glucose | PSA | Urinalysis |
| Hgb A1C | PTT | |

Other as follows:

## Imaging Services

| Ultrasound | CT | Contrast | | Nuclear Med |
|---|---|---|---|---|
| | | Yes | No | |
| Abdomen | Abdomen | | | Bone |
| Arterial | Head | | | Hida |
| Breast | Pelvis | | | Thyroid |
| Carotid | L. Spine | | | |
| Echo | C. Spine | | | |
| Retroperitoneal | | | | |
| Pelvis | | | | |
| Venous | | | | |
| Other as follows: | | | | |

## X-Ray

| L | R | | L | R | |
|---|---|---|---|---|---|
| | | Ankle | | | Humerous |
| | | Clavicle | | | Femur |
| | | Chest | | | G.I. |
| | | Elbow | | | Finger   Specify digit |
| | | Foot | | | Toe |
| | | Foot & Ankle | | | Knee |
| | | Forearm | | | Pelvis |
| | | Hand | | | Shoulder |
| | | Hip | | | Wrist |
| | | Lumbar Spine | | | Cervical Spine |
| | | Mammogram-Screening | | | Tib-Fib |
| | | Mammogram-Diagnostic | | | |

Other as follows:

## Respiratory Care

| | |
|---|---|
| ABG | Pulmonary Function |
| Pulse Oximetery | Basic |
| Other as follows: | Complete |
| | With bronchodilator |
| | Without bronchodilator |

## Physical Therapy

| | |
|---|---|
| Evaluate & Treat | Tens Unit |
| Modalities | Traction |
| Gait Training | Whirlpool/Wound Care |
| Prosthetic Training | Strengthening/ROM Exercise |

Other as follows:

## Cardiology & Neurological Services

| | | |
|---|---|---|
| EKG | GXT | GXT-Thallium |
| Holter | 2-D Echo | 2-D Doppler |
| EEG | Stress Echo | |

Other as follows: