IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA

RECEIVED

JOHN P. POLCASTRO SR.
PLAINTIFF

2005 DEC 16  A 9: 29

DEBRA
U.S.D.
MIDDL

| CIVIL ACTION NO.
| 1:05-CV-00909-MEF-VPM

V.

GREG WARD, Et, Al.,
DEFENDANTS

## PLAINTIFF' MOTION FOR EXTENSION OF TIME

COME NOW JOHN P. POLCASTRO SR, PLAINTIFF IN THE ABOVE STYLED CAUSE AND MOVE THIS HONORABLE COURT FOR AN EXTENSION OF TIME. THE PLAINTIFF REQUEST FROM THIS HONORABLE COURT AN EXTENSION OF (180) DAYS TO ANSWER DEFENDANTS ANSWER. THAT'S DUE ON OR ABOUT DECEMBER 20th 2005.

① ON DECEMBER 1st 2005 THE COURT ORDERED THE PLAINTIFF TO FILE HIS ANSWER TO THE DEFENDANTS ANSWER ON OR ABOUT DECEMBER 20th 2005.

② THE PLAINTIFF IS IN NEED OF ADDITIONAL TIME TO FULLY RESPOND TO DEFENDANTS ANSWER

③ THE PLAINTIFF HAS NOT PREVIOUSLY REQUESTED AN EXTENSION OF TIME IN THIS CASE.

④ DEFENDANTS WILL NOT BE PREJUDICED BY THE REQUESTED EXTENSION

WHEREFORE, PREMISES CONSIDERED

PLAINTIFF RESPECTFULLY REQUEST THIS HONORABLE COURT GRANT HIS MOTION FOR EXTENSION OF TIME TO FILE HIS ANSWER TO DEFENDANTS.

RESPECTFULLY SUBMITTED THIS THE 11TH DAY OF DECEMBER, 2005

JOHN P. POKASTRO SR
GENEVA COUNTY JAIL
P.O. BOX 175
GENEVA AL 36340

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY THAT ON THIS 11TH DAY OF DECEMBER, 2005, I HAVE SERVED THE FOREGOING DOCUMENT ON THE FOLLOWING

WEBB-ELEY. PC
ATTORNEY FOR DEFENDANTS
7475 HALCYON POINTE DRIVE
PO BOX 240909
MONTGOMERY AL 36124

BY PLACING A TRUE AND CORRECT COPY OF THE FOREGOING IN THE U.S MAIL, POSTAGE PREPAID, ON THIS THE 11TH DAY OF DECEMBER, 2005

JOHN P POKASTRO SR
PLAINTIFF PRO SE