IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

_____

JOHN P. POLCASTRO, SR.,                    *

      Plaintiff,                                *

          v.                                 * CIVIL ACTION NO. 1:05-CV-909-F

SHERIFF GREY WARD, *et al.*,               *

      Defendants.                               *

_____

**ORDER ON MOTION**

Plaintiff filed a Motion for Extension of Time on December 16, 2005. He requests an additional six months (180 days) to file a response to Defendants' written report. Plaintiff's request for an additional six months period within which to file his response shall be denied. Plaintiff shall, however, be granted a reasonable enlargement of the original response period within which to file his response.

Accordingly, it is ORDERED that:

1. Plaintiff's December 16, 2005 Motion for Extension of Time (Doc. No. 12) to and including June 20, 2006, to file his opposition to Defendants' written report, be and is hereby DENIED; and

2. Plaintiff is GRANTED an extension from December 20, 2005 to January 17, 2006 to file his response to Defendants' written report.

Done this 20th day of December 2005.

/s/ Vanzetta Penn McPherson
VANZETTA PENN MCPHERSON
UNITED STATES MAGISTRATE JUDGE