IN THE DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA

JOHN P. POLICASTRO SR
PLAINTIFF (PRO-SE)

ZOO6 JAN 10 A 9:51

V.
GREG WARD, ET AL.
DEFENDANTS

CIVIL ACTION NO.
1:05-CV-00909
MEF-VPM

## PLAINTIFFS ANSWER TO DEFENDANTS SPECIAL REPORT

COME NOW John P. Policastro SR, Plaintiff PRO-SE. Answers this special report to the court from the Defendants.

Plaintiff will answer all defendants questions in order.

ANSWER TO EXCESSIVE FORCE CLAIM FROM Deputy Ray Mock

(2) Deputy Ray Mock did deprive Plaintiffs of his rights when he helped Samson Police Officers assault Plaintiff.

Samson Police Officers said they never assaulted the Plaintiff. Deputy Mocks affidavit states Plaintiff was bleeding when he got to Plaintiffs trailer.

(6) Deputy Mock states in (MOGS) that when he got to Plaintiffs trailer, he was bleeding and his hands were hand cuffed behind his BACK

⑧ DEPUTY MOCH stated IN NOTE that he told Samson Police he would transport PLAINTIFF to the county JAIL.

PLAINTIFF states At this time that Deputy RAY MOCH has LIED to the COURT PLAINTIFF states Deputy MOCH transported PLAINTIFF to A place called the IRON Bridge where the Assault on the PLAINTIFF took place.

⑪ PLAINTIFF states he did kick out the WINDOW IN THE SHERIFFS CAR, only trying to protect his self from Assault by said Police Officers.

⑫ Again PLAINTIFF states that Deputy MOCH has LIED to the court. How could PLAINTIFF be hostile, when he was knocked out when he was taken to the JAIL

⑬ Again the PLAINTIFF states that Deputy MOCH And the JAILER both LIED, Deputy MOCH states that the PLAINTIFF tryed to hit Deputy MOCH, But Deputy MOCH Pushed PLAINTIFF And his head hit the WAll and he knocked his self out. I'd Like Deputy MOCH to explain to the court how many times he hit PLAINTIFF against the WAll, seeing that the back of his head was split open, the Left side forehead was split open. PLAINTIFF Right EYE tooth WAS knocked out. Top partial plate WAS BROKEN Bottom bottom partial plate was smashed. PLAINTIFFS glasses were smashed. His shoulders was black And Blue. PLAINTIFF states As of this date NONE of his medical Problems have been taking care of by The Jail. PLAINTIFF

3

has lost his sight in his left eye, all the above injurys from hitting the wall once.

14) Plaintiff states he does not remember seeing a rescue squad. Because he was knocked out.

15) Plaintiff states he did not wake up in the holding cell. When he woke up. He was in a chair in the booking area. And Deputy Perez asked Plaintiff if wanted to go to the hospital. Deputy Mock never asked.

16) At no time did Deputy Ray Mock follow policy and procedures of the Geneva County Jail.

17) Look at all the injurys the Plaintiff has. Does it look like Deputy Mock used minimal amount of force. Note the Deputy is twice the Plaintiffs size.

18) Deputy Mock never offered the Plaintiff medical treatment.

19) There were (3) officers in the Plaintiffs trailer where his wallet was. Deputy Mock states he transported Plaintiff to the county Jail, when Plaintiff woke up, his wallet was on the booking table, How does he explain that.

20) Deputy Mock did charge Plaintiff with assault Deputy Mock is the one who should be charged

4

with Assualt.

(1) Plaintiff did put in a grievance to Jailer Carl Rowe, see Plaintiffs Answer to Carl Rowe, see statements from inmates at the county Jail.

## PLAINTIFF'S ANSWER TO SHERIFF WARDS AFFIDAVIT

(2) Plaintiff states Sheriff Ward has complete knowledge of Plaintiff complaint

(3) Plaintiff states Sheriff Ward constantly violated Plaintiffs rights.

(4) Plaintiff states he has no knowledge of any one trained at the county Jail.

(5) Plaintiff states Sheriff Ward constantly denied Plaintiff medical Attention, where it got to the point where Plaintiff was suffering in constant Pain he had to put in a motion to the court demanding Sheriff Ward to give Plaintiff Medical treatment. Plaintiffs motion against Sheriff Ward was granted.
    Plaintiff states there are no Health Care Practitioners working at the Geneva County Jail. There isn't even a Nurse on Duty. All inmates have to go out side the Jail to receive medical help.
    Plaintiff has seen one inmate All most die, And one inmate who did DIE

5

BECAUSE THE JAIL HAS NO MEDICAL PRACTITIONERS WORKING INSIDE THE JAIL.

⑥ PLAINTIFF STATES THE SHERIFF IS NOT BEING TRUTHFUL WHEN HE STATES INMATES CAN RECEIVE MEDICAL HELP AT ANY TIME. IF THAT WAS SO, WHY DID PLAINTIFF HAVE TO GET A COURT ORDER FOR MEDICAL TREATMENT.
ON 12/14/2005 PLAINTIFF WAS SENT TO THE DENTIST. THE SAME DAY HIS MOTION WAS GRANTED. WHEN THE DENTIST LOOKED AT PLAINTIFF TEETH. JAILER OWENS CALLED HEAD JAILER CARL ROWE. MR. ROWE STATED HE WOULD NOT PAY FOR THE DENTAL WORK WITH OUT SHERIFF WARDS PERMISSION.
ON 12/19/2005 THE PLAINTIFF WAS TAKEN BACK TO THE DENTIST. THE SHERIFF TOLD THE DENTIST TO AGAIN LOOK AT PLAINTIFFS TEETH AND TO CALL THE SHERIFF WITH A PRICE.
AS OF THIS DATE. THE PLAINTIFF HAS NOT BEEN BACK TO THE DENTIST.

⑧ JAILERS SHOULD NOT BE ALLOWED TO DISPENS MEDICATION, THEY DONT HAVE A LICENSE.

⑨ THE SHERIFF HAS CONSTANTLY DENIED PLAINTIFF MEDICAL TREATMENT.

⑩ SHERIFF WARD STATES THE JAIL HAS A GOOD MAINTENANCE PROGRAM, IF SO, WHY HAS A HALL WAY LIGHT BEEN OUT FOR OVER (5) MONTHS. WHY ARE WE FORCED TO USE A SHOWER.

6

curtain that has all kinds of scum on it. The curtain had to be tied up with the string from an inmates sweat pants. The walls of the shower are rusted and full of black mold. There are no-adoslip mats on the floor, people are constantly slipping on the wet floor. Does this sound like a good MAINTENANCE program.

(12) The sheriff again has not been truthful. The JAIL DOES NOT GIVE OUT <u>DEO</u> LINENS. See statements from inmates. (Exhibit A)

(13) The sheriff's Deputy used extreme force against the plaintiff (Deputy RAY Nich)

(14) The sheriff did not speak to me on one occasion. He spoke to me on several occasions with out my lawyer present. First time was nothing but threats, telling plaintiff if he didn't stop his call and mind his business. He would have plaintiff beat up. He the sheriff stated that inmates owe him favors. And he can have me taken care of. Plaintiff states he knows nothing of a riot. Sheriff spoke to the plaintiff about an escape plan, which never going around the jail stating the rumor started to show the county the sheriff needed a new jail.

(15) Plaintiff has written many grievances to the sheriff. (SEE EXHIBIT B)

I

## PLAINTIFF'S ANSWER TO CARL ROWE AFFIDAVIT

③ CARL Rowe has Constantly Violated Plaintiff's Rights

④ The Plaintiff states to save the court time, he request that the court look at the Plaintiffs answer to Sicant wards and carl Rowe are both about the same, Please look at the Plaintiffs answers. CARL ROWE will be the same

Plaintiff will answer one question in Carl Rowes Affidavit, he stated Plaintiff was taken to Wiregrass emergency on 5/1/05. Medical Records state Plaintiff was suppose to see a doctor within 3 days. Carl Rowe did not 1st Plaintiff see a Doctor for 25 days. Reason, Carl Rowe wanted Plaintiff to heal before he was taking back to a Doctor. Till this day, Plaintiff is still in pain, still has not been back to see a Medical Doctor. Even with a court order to do so

⑰ Plaintiff Request the court receive the records from the Jail showing how many grievances were field. And how many requests were granted by the Jail to use the law Library

## Plaintiffs answer to Donald Valve affidavit

③ Plaintiff states Jailer weeks and denie Plaintiff of his right to medical treatment.

④ Plaintiff has sent many requests through Jailer weeks for Medical treatment, For the use

8

of the law library. And has handed him
many grievance requests. Plaintiff states that he
has never received an answer from any
Request sent in

CONDITIONS OF CONFINEMENT ANSWER

As plaintiff has stated before. Plaintiff
slept on the floor for over (4) months. He was
(NEVER) given bed sheets, constant complaints
complaints to the Jailer to at least get the
blankets washed are denied. When the plaintiff
goes outside in cold weather, He isn't given
shoes, socks T-shirts, hat gloves or a Jacket to
wear. If you don't have the above, you have
to go out in the cold weather in just a
Jump suit (CRUEL). If you need to write
a legal or personal letter, the jail will
not give you paper, stamps or
envelopes. Thus denying you acess to the Court
NEVER, sence the Plaintiff has
been here has he been given (1)
hour of outside exercise. We hardly ever
go out on the second shift unless Jailer
Mark Jackson is working
Plaintiff is on the right side
of the Jail. It's suppose to hold (3) inmates
At any given time there are (5) plus
inmates in a (1by) man cell. There is
hardly room to walk let alone exercise.
Plaintiff states that they have to
eat off plates that are hand washed, they
have no dish machine
Plaintiff Requests the Federal

9

Judge send in people to inspect the Jail.
This place is not made to hold this many
people. The Jail will not serve you fresh
fruit or fresh salads, They refuse to give
juice or milk. The Diet in this Jail is
terrible.
           A Saturday night meal in this
Jail is (1) hot dog, (1) piece of bread,
3 cookies, And a few chips. Thats a
regular meal in this Jail

## ACCESS TO THE COURT ANSWER

          Plaintiff does not have an attorney for
his civil case, He needs access to the law
library, The Jail has denied him access.
          Plaintiff did try to file many
grievances, As Plaintiff stated in (Exhibit B). All
his requests were put in the garbage.
Isn't it a wonder there are no requests in
the Plaintiff Jail file.

## LAW

Plaintiff states he does not understand this
section with out the help of the law books

Plaintiff's Answer that he has not Failed
to Exhaust his Administrative Remedies
          As Plaintiff clearly stated he has
filed many complaints, none were answered
Head Jailor Rowe stated he puts all
requests in the garbage. What is the Plaintiff
to do if the Jail wont let a request go out
The above clearly states the Plaintiff did

10

everything possible to settle this case. The plaintiff hands are tied. The Jail has the power. The plaintiff doesn't

## Medical claims

Plaintiff did show that the defendants were indifferent to plaintiff's medical conditions. Plaintiff will show his medical needs were serious.

Plaintiff never had a chance to be diagnosed by a doctor or dentist or eye doctor. Because defendants refused to take the plaintiff to the doctors.

Plaintiff states defendants violated plaintiff (Eighth) Amendment rights.

Plaintiff know the defendants are not medical professionals. The problem is the defendants never sent him to the medical professionals needed to treat to treat the plaintiffs medical needs

## Conditions of confinement claims

As the plaintiff stated above plaintiff was forced to sleep on the floor, NO BED sheets. Dirty Blanket, uncleaned floor, a shower not fit for humans to shower in a (12) man cell. At any given time there are 25 plus men in a (12) man cell. Plaintiff believes that shows deliberate indifference. The head Jailer came to the right side and several times told all the inmates that its their Job to (POLICE) the inside in

other words. Boot the trouble maker the Jailer hardly ever makes a security rounds, the inmates are not safe in this Jail.

## ACCESS TO THE COURT

Plaintiff, has a civil claim that he has been handling (pro se). As he has stated above, his claim in the federal court is on the verge of being dismissed, mainly because he has been denied access to the law library - Plaintiff states he hasbeen prejudiced by not having access to the law library.

## CONCLUSION

The Plaintiff has done his best to provide the court with all the information possible. Plaintiff states he could of done better if he had access to a law library. And was able to type. He asks the court to forgive his bad hand-writing

12

JOHN P. POLCASTRU SR
P.O BOX 115
GENEVA CO. JAIL
GENEVA AL. 36340

*[signature]*

JOHN P POLCASTRU SR
PLAINTIFF (PRO SE)

## CERTIFICATE OF SERVICE

I hereby certify that on this 9th day of January 2006, I have served the foregoing document on the following.

C. Richard NIX JR
WEBB + ELEY
7475 HALCYON POINTE DRIVE
P.O BOX 240909
MONTGOMERY AL. 36124

By placing a true and correct copy of the foregoing in the U.S mail postage paid on this 9th day of January 2006

*[signature]*

PLAINTIFF PRO SE