# Exhibit A
# Supplemental Affidavit of Carl Rowe

## IN THE UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF ALABAMA

| | | |
|---|---|---|
| JOHN P. POLCASTRO, SR., | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Civil Action No. 1:05-cv-00909-MEF-VPM |
| | ) | |
| GREG WARD, et al., | ) | |
| | ) | |
| Defendants. | ) | |

### SUPPLEMENTAL AFFIDAVIT OF CARL ROWE

| | |
|---|---|
| STATE OF ALABAMA | ) |
| | ) |
| COUNTY OF GENEVA | ) |

**BEFORE ME**, the undersigned authority and Notary Public in and for said County and State at large, personally appeared Carl Rowe, who being known to me and being by me first duly sworn on oath deposes and says as follows:

1.    My name is Carl Rowe. I am over the age of nineteen and competent to make this affidavit. I am the Jail Administrator for the Geneva County Detention Facility.

2.    I am familiar with the Plaintiff due to his being incarcerated in the Geneva County Detention Facility.

3.    I state affirmatively that I neither acted, nor caused anyone to act, in such a manner as to deprive the Plaintiff of any right to which he was entitled.

4.    Upon admission to the Geneva County Detention Center all inmates, including the Plaintiff are issued a mattress, a blanket, a care package with toiletries, a towel, a washcloth, eating utensils, two jumpsuits, and one pair of slippers. Inmates must have their own sheets brought in to the detention facility. Inmates are allowed to have the following items brought to

them in the detention facility: a coat, a grey or white sweat suit, shower shoes, gym shorts, and three pairs of boxers.

5.    Blankets are laundered between inmates. In the interim, they can also be laundered upon inmate request.

6.    Inmates are taken outside for exercise twice a day, five days a week except on holidays.

7.    It is the policy of the Geneva County Sheriff's Department that all inmates committed to the Geneva County Jail be given access to the courts. This is accomplished through various means, including allowing routine visits with inmates from their attorneys, access to mail and a telephone, including free mail service to indigent inmates, and by access to the County's law library. The Geneva County Sheriff's Department does not maintain a separate law library for the Geneva County Jail. The only library located in Geneva County, Alabama to which members of the public have access is that located at the Geneva County Courthouse. Inmates may, at any time, make a request to use the County law library. After a request is made to use the County law library, inmates are taken there at the first available time that officers are available to supervise the use, and when no danger to the public will be presented by the presence of the inmate. In addition, inmates may, at any time, request a specific book, or copy of a publication from the library. Such requests are responded to by obtaining the requested item from the library and bringing it to the jail for the inmate's use.

8.    Indigent inmates are provided with paper, envelops, and stamps. Non-indigent inmates may purchase these items within the detention facility.

9.    Internal grievance procedures at the Geneva County Detention Facility are available to all inmates. It is the policy of the Geneva County Detention Facility that inmates are permitted to

2

submit grievances and that each grievance will be acted upon accordingly. Inmates are given an inmate grievance form upon their request to complete and return to a detention center staff member for any grievance they may have. It is further the policy and procedure of the Geneva County Detention Facility to place each such grievance in the inmate's file for a record of the same. No grievance forms are ever thrown away by Detention Facility staff as such would be a violation of the Geneva County Detention Facility policy.

10. Upon my review of the Plaintiff's inmate file, there is no grievance filed by him, and I have not received a grievance from the Plaintiff concerning the allegations made the basis of his Complaint. Had I received such a grievance, I would have followed procedures and responded to the grievance accordingly.

11. Copies of all written request forms are placed in the inmate's file per the policy of the Geneva County Detention Facility.

12. Inmates are served three meals a day, seven days a week. Meals are based on pre-planned menus to ensure that a balanced diet is followed. Healthy portions of food are served at each meal. See Exhibit 1 to this affidavit, Geneva County Jail Menu, January 16, 2006 – January 26, 2006.

13. Since the filing of the Defendants' Special Report, the Plaintiff has also been taken to the dentist for tooth extraction. See Exhibit 2 to this affidavit, Geneva County Jail Prisoner Activity Sheet, Notes dated January 9, 2006, and Exhibit 3 to this affidavit, Invoice from Dr. Thomas Parish dated January 24, 2006.

14. I certify and state that the documents from Plaintiff's Inmate File provided to the Court which are attached to the Defendants' Special Report are true and correct copies of these

3

records, kept at the Geneva County Detention Facility in the regular course of business. I am the Custodian of these Records.

15.    I swear, to the best of my present knowledge and information, that the above statements are true, that I am competent to make this affidavit, and that the above statements are made by drawing from my personal knowledge of the situation.

_____

CARL ROWE

**SWORN TO** and **SUBSCRIBED** before me this 7th day of February, 2006.

_____

NOTARY PUBLIC

My Commission Expires: Sept 26th 2006

4

# Exhibit 1
# Geneva County Jail Menu
# January 16, 2006 – January 26, 2006

# General G Jail Menu

## MONDAY   Jan. 16, 2006

### Breakfast
Sausage
Biscuit
Grits
Coffee

### Lunch
Hamburger Patty
Noodles & Gravy
Mixed Vegetables
Bread
Tea

### Dinner
Chicken Patty
Rice & Gravy
Mixed Vegetables
Cookies
Tea

## TUESDAY, Jan 17, 2006

### Breakfast
French Toast
Grits
Syrup
Coffee

### Lunch
Meatloaf
Northern Beans
Corn
Cornbread
Tea

### Dinner
Hot Dog
Baked Beans
Chips
Choc. Pudding
Tea
MMK

## WENSDAY Jan. 18, 2006

### Breakfast
Eggs
Grits
Waffles
Syrup
Coffee

### Lunch
Steak Nuggets
Rice
Peas & Carrots
Bread
Tea
Ketchup

### Dinner
Bologna
Bread
Baked Beans
Chips
Cookies
Tea
MMK

Thursday Jan. 19, 2006

| Breakfast | Lunch | Dinner |
|---|---|---|
| Sausage | Pizza | Hot Dog |
| Biscuit | Baked Beans | Bread |
| Grits | Cookies | Baked Beans |
| Jelly | Tea | Chips |
| Coffee | | Tea |
| | | MMK |

Friday Jan. 20, 2006

| Breakfast | Lunch | Dinner |
|---|---|---|
| Grilled Cheese | Chicken Patty | Bologna |
| Grits | Potatoes | Bread |
| Coffee | Blackeyed Peas | Chips |
| | Cornbread | Cookies |
| | Tea | Tea |
| | | MMK |

Saturday Jan. 21, 2006

| Breakfast | Lunch | Dinner |
|---|---|---|
| Eggs | Hamburger | Hot Dog |
| Grits | Bun | Bread |
| Biscuit | Baked Beans | Tator tots |
| Jelly | Chips | Cookies |
| Coffee | Tea | Tea |
| | MMK | MMK |

SUNDAY  JAN. 22, 2006
BREAKFAST
EGGS
GRITS
WAFFLES
SYRUP
COFFEE

LUNCH
BAKED HAM
POTATOES
GREEN BEANS
BREAD
TEA

DINNER
BOLOGNA
BREAD
MAC & CHEESE
COOKIES
TEA
MMK

MONDAY  @ JAN 23, 2006
BREAKFAST
SAUSAGE
BISCUIT
GRITS
COFFEE

LUNCH
HAMBURGER PATTY
NOODLES & GRAVY
MIXED VEGETABLES
BREAD
TEA

DINNER
CHICKEN PATTY
RICE & GRAVY
MIXED VEGETABLES
COOKIES
TEA

TUESDAY  JAN 24, 2006
BREAKFAST
FRENCH TOAST
GRITS
SYRUP
COFFEE

LUNCH
MEATLOAF
NORTHERN BEANS
CORN
CORNBREAD
TEA

DINNER
HOT DOG
BREAD
BAKED BEANS
CHIPS
CHOC PUDDING
TEA
MMK

WENSDAY     JAN 25, 2006

Breakfast

EGGS
Grits
Waffles
Syrup
Coffee

Lunch

Steak Nuggets
Rice
Peas + Carrots
Bread
Tea
Ketchup

Dinner

Bologna
Bread
Chips
Cookies
Tea
MMK

THURSDAY     JAN 26, 2006

Breakfast

Sausage
Biscuit
Grits
Jelly
Coffee

Lunch

Pizza Pop.
Baked Beans
Cookies
Tea

Dinner

Hot Dog
Bread
Baked Beans
Chips
Choc Pudding
Tea
M MK

Friday     JAN 27, 2006

Breakfast

**Exhibit 2**
**Geneva County Jail Prisoner Activity Sheet,**
**Notes dated January 9, 2006**

# Dr. Thomas Parish

706 W Maple Ave
GENEVA, AL  36340
(334)684-3096

January 24, 2006

JOHN POLCASTRO
P O BOX 115
GENEVA, AL  36340

ID: 15980

| Account Aging | |
|---|---|
| Current | $222.00 |
| 30 Day | $95.00 |
| 60 Day | $0.00 |
| 90 Day | $0.00 |
| Contract | $0.00 |
| Balance Due | $317.00 |
| Estimated Ins | $0.00 |
| Balance Due Now | $317.00 |

| Date | Provider | Transaction | | Tth | Surface | Fee |
|---|---|---|---|---|---|---|
| 01/24/06 | Thomas Parish Jr. DMD | 07140 | Single Tooth,Extraction | 21 | | 50.00 |
| | | | | | Subtotal: | 50.00 |

| | | |
|---|---|---|
| | Tax: | 0.00 |
| | Today's Charges: | 50.00 |
| + | Previous Balance: | 267.00 |
| | Balance Due: | $317.00 |

| Contract Balance | Estimated Insurance | Previous Balance | Charges Today | Payments Today | Adjustments Today | Balance Due Now |
|---|---|---|---|---|---|---|
| 0.00 | 0.00 | 267.00 | 50.00 | 0.00 | 0.00 | 317.00 |

**Future Family Appointments:**

| Patient: | Next Appointment: | Patient: | Next Appointment: | Patient: | Next Appointment: |
|---|---|---|---|---|---|
| 15980 JOHN POLCASTR( | 2/13/2006  @ 8:30 am | | | | |

**Exhibit 3**
**Invoice from Dr. Thomas Parish**
**Dated January 24, 2006**

GENEVA COUNTY JAIL
Prisoner's Activity Sheet

| DATE | Prisoner's Name: John ~ DiCASTRO |
|------|------|
| 1-9-06 | When To DR NANNI -Next- 1-17-06 |
|  | 1:00 Order Some Sensitive Teeth and |
|  | and Sen Dentar ~ Clorec |
| 1-23-06 | Subject Sentenced To 4 years 1-23-06 |

# Exhibit B
# Inmate File of John P. Polcastro, Sr.

# INMATE PROPERTY INVENTORY

NAME: _John Polcastro_     DATE: _8-1-05_

BILLFOLD ⬭     CURRANCY $_____     WATCH ⬭

GLASSES ⬭     RING ⬭     BRACELET ⬭

LIGHTER ⬭     KNIFE ⬭     NECKLACE ⬭

1. _Wallet_ _____
2. _lighter_ _MAiled ouT_ _____
3. _____
4. _____
5. _____
6. _____
7. _____
8. _____
9. _____
10. _____

SIGNATURE OF OFFICER TAKING PROPERTY _Marilyn_

SIGNATURE OF INMATE _____

I THE UNDERSIGNED DO HEREBY ACKNOWLEDGE THAT I HAVE RECEIVED ALL OF MY PERSONAL PROPERTY AND EFFECTS AND HEREBY WAIVE ANY AND ALL CLAIMS AGAINST THE COUNTY OF GENEVA, ALABAMA

DATE _1/24/06_     SIGNATURE _____

GENEVA COUNTY JAIL IS NOT RESPONSIBLE FOR ANY ITEMS LEFT OVER 72 HOURS.

# GENEVA COUNTY JAIL
## BOOKING SHEET

Probation Check _____

Warrant Book _____

Date _8-1-05_    Time _10:04 PM_

Name _Polcastro_    _John_    _Phillip_
(LAST)    (FIRST)    (MIDDLE)

Alias _____

Date of Arrest _8-1-05_    Social Security No. _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_

Race _W_    Sex _M_    Age _52_    Eyes _GREEN_    Hair _BROWN_

Ht. _5'7"_    Wt. _____    DOB _5-2-53_    Photo _____    F.P. _____

Address _405 W WASHINGTON ST    SAMSON, AL_
(STREET)    (APT.)    (CITY)    (STATE)    (ZIP)

Telephone _____    I.D. No. _____

NCIC Check _____

Next of Kin _____    Relationship _____

Address _____
(STREET)    (APT.)    (CITY)    (STATE)    (ZIP)

Charge _Public Intox_ Bond _____    Charge _Disordly Conduct_ Bond _____
Charge _Arson 2_ Bond _____    Charge _Resisting Arrest_ Bond _____
Charge _Crim Mischief_ Bond _____    Charge _24 C.nv.ch.hts_ [w/_ _3200.00_
_Top 2nd    2,500_

ARRESTING OFFICER _Shane Aenvite_
(PLEASE PRINT)

Signature _____

AGENCY _Samson_

BOOKING OFFICER _Marilyn_
(PLEASE PRINT)

## RELEASE INFORMATION

I have received all properties taken from me by the Geneva County Sheriff's Department.

_____
Signature of Person Released

Date of Release _____    Time _____    Type of Release _____

_____
Signature of Releasing Officer

P.O.E. _—_

OCCUPATION _—_

P.O.B. _Italy_

HOLD _Geneva Co_

WARRANT # _2005-000718-00_
WARRANT # _____
WARRANT # _____
WARRANT # _____

# BOOKING SHEET

Inmate Name _____    Date _____    Time _____

HEALTH SCREENING FORM

1.    Have you ever had or been treated for: (mark box if answer is yes)

☐ a. Asthma                    ☐ g. Alcoholism
☐ b. Heart Trouble             ☐ h. Mental Illness
☐ c. Hypertension              ☐ i. Venereal Disease
☐ d. Diabetes                  ☐ j. Tuberculosis
☐ e. Epilepsy or Seizure       ☐ k. Ulcer
☐ f. Drug Addiction            ☐ l. Faintly of recent head injury
                               ☐ m. Hepatitis

If any response was yes, please explain and give date of last treatment._____
_____
_____
_____

2.    Are you allergic to anything? _____YES_____ If yes, what? _____IODINE_____
_____(FOOD) FISH NO TYPE OF FISH_____
_____

3.    Have you ever been determined to be HIV positive? ___NO___ If yes, when? _____
_____
_____

4.    Are you currently taking any prescription medication? ___NO___ If yes, what? _____
_____ For what? _____
_____

5.    Does the inmate require a special diet prescribed by a physician? ___NO___ If yes, what?_____
_____ For what? _____
_____

6.    Do you have any other medical or mental problem we should know about? ___NO___ If yes, what?_____
_____
_____

# GENEVA COUNTY JAIL

I, _____, HAVE BEEN ADVISED BY
THE JAILER OF THE FOLLOWING;

ALL PROPERTY BROUGHT ON TO THE JAIL PREMISES ARE SUBJECT TO SEARCH BY
AUTHORIZED PERSONNEL FOR WEAPONS AND CONTRABAND

ALL INCOMING AND OUTGOING MAIL MAY BE CENSORED EXCEPT FOR
CORRESPONDENCE WITH COURT OFFICIALS

X _____        DATE _08, 02, 05_ 2 Am
INMATE SIGNATURE

_____        DATE _08, 02, 05_ 12 Am
JAILERS SIGNATURE

# BOOKING SHEET

Inmate Name _____ Date _____ Time _____

1.     Check One:

_____ This inmate was cooperative in responding to the above questions and allowing me to observe him.

_____ This inmate refused or was unable to cooperate and refused to answer my questions concerning his medical history and/or potential for suicide. Reason for inability:

_____

_____

2.     I certify that I have today observed inmate _____, asked him/her the questions listed on the Geneva County Jail's Booking Sheet, and accurately recorded my observation and his/her responses.

_____

Signature of Booking Officer

Date: _____

Time: _____

INMATE MEDICATION LOG (GENEVA COUNTY JAIL)
INMATE NAME _____    CELL _R_

| DATE | TIME | MEDICATION | OFFICER | INMATE SIGN |
|------|------|------------|---------|-------------|
| 1-17-06 | 5:00 Pm | 1    10:00 Am  1 | LNCR | |
| 1-18-06 | 6 Am | 1 | RB | |
| 1-15-06 | Noon | 1 | PBW | |
| 1-18-06 | 5:00 Pm | 1   10:00 Am | LNCR | |
| 1-19-06 | 6:00 Am | 1 | RB | |
| 1-19-06 | Noon | 1 | RB | |
| 1-19-06 | 5:00 Pm | 1   10:00 Pm  1 | LNCR | |
| 1-20-06 | 6:00 Am | 1 | RB | |
| 1-20-06 | Noon | 1 | PBW | |
| 1/20/06 | 5pm | 1   1 AM | DTX | |
| 1-21-06 | 6:00 Am | 1 | RB | |
| 1/21/06 | Noon | 1 | DTX | |
| 1/21/06 | 5 Am | 1   B pm  1 | cR? | |
| 1-22-06 | 6 Am | 1 | RB | |
| 1-22-06 | Noon | 1 | LNCR | |
| | | | | |
| | | | | |

1. Hydrocodone 1 tab 4 x day ( LAST Pill

GENEVA COUNTY JAIL
Prisoner's Activity Sheet

| DATE | Prisoner's Name: John ~ Di CASTRO |
|------|-----------------------------------|
| 1.7.06 | When To DR MANNIST -Next ~ 1.17.06 1st order Some Sentruing Tooth ford and San Dentar ~ Clonu |
| 1-23-06 | Subject Sentanced To 4 years    1-23-06 |

GENEVA COUNTY JAIL
Prisoner's Activity Sheet

| DATE | Prisoner's Name: |
|------|------------------|
| 8-2-05 | DISORDELY CONDUCT NOODED |
| | PUBLIC INTOX 1,000.00 |
| | 2 TIME CONVICTED FELONY 1,000.00 |
| | Tot. $32,000.00 |
| 8-2-05 | Finger Prints do everthing |
| | 10-4 Movie Rts Send 76 up to S/O. |
| 8-3-05 | 1st Ap Bond Stay the Same. |
| 8-23-05 | Apt at 1:30 p - DA Mitchum Ax. OK BTA T |
| 8-23-05 | Subject was Served with unnarety for TOP 2nd Bond 2,500.00 had 1st AP This Date - |
| 8-26-05 | Had 1st on latest charge. TOP 2nd - 2500.00 |
| 8/31/05 | Called DA Mitchum . |
| 8-31-05 | DA. MITCHAM OFF. CALLE EVERY THING ALRIGHT |
| 11-1-05 | Served with 2 Grand Jury #62 & #118 Arson 2nd 25,000. TOP 2nd 2,500.00 |
| 12-14-05 | Per Judge Mer said To make AppeyE- & Kirl |
| 1-7-06 | 1:00 Ap Parrish |

GENEVA COUNTY JAIL
Prisoner's Activity Sheet

| DATE | Prisoner's Name John Phillip Pallastro |
|------|------|
| 8-1-05 | Subject Was brought in by 3403 for Samson. The Subject was bleeding & very disordley cussing the deputy, So I told him to go to H/C, when he got up he pushed 3403 & tried to hit him, 3403 Shoved him, he hit the wall & was knocked out. We called 911, when they got here he refused Any medical help & cussed us all out. We got him in H/C, And 3413 Came in & talked him into going to ER. |
|  | 3403 Said to book him in on Samson Charges for Now, With County Charges Comming |
| 8-2-05 | Subject Bought back from Weregrans Emergency Room By 3413 Has SuroBond on left upur Eye Brow, also has Scratches on head And Drew Blood Sample. |
| 8-2-05 | JUDGE SET BONDS ~~$~~ NEED 1ST |
|  | ARSON 2ND 25,000.00 |
|  | ASSAULT 3RD 1,000.00 |
|  | CRIMINAL MISCHIST 3RD X2 1,000.00 EACH |

To: Carl Lowe

From: J-34

RE: Smoke privellage, R/S
Date: 09.06.05
          Inmates - Billygene Williamson
                 - John Palcastro Sr.

Both want to take responsibility for
trying to sneak smoke pack in r/s.
They state the others shouldn't suffer
Because of them.

                         Smith Jackson.
                         J-34



1. Public Drunkenness                    1,000.00
2. Criminal Mischief 3x2    1,000.00 eac
3. Disorderly Conduct . 1,000.00
4. Resisting Arrest    1,000.00
5 Arson. 2/                          25,000.00
6. Assault 3rd                       1,000.00
7. Convicted Felony x2    1,000.00
8.

# GENEVA COUNTY JAIL
## INMATE REQUEST FORM

NAME _John Palladino_ CELL_____ DATE _8-9-3_

TELEPHONE CALL____ MEDICAL _X_ DENTAL_____ HEARING REQUEST____

GRIEVANCE____ VISIT____ PERSONAL PROBLEM____ OTHER_____

SHERIFF____ JAIL ADMINSTRATOR____ JUDGE_____ NOTARY____

### BRIEFLY OUTLINE YOUR REQUEST AND GIVE TO THE JAILER MATRON.

_During my arrest a was hit in the head. My Elbow was hurting I had a Concusion and my my head hurts alot. My plate for my teeth is broken, I cant see out of my left eye, I need some Medical Attention PLEASE_

DO NOT WRITE BELOW!!                    FOR SHERIFF'S DEPARTMENT USE ONLY

### ALL REQUESTS WILL BE ROUTED THROUGH JAILER MATRON

JAILER____ MARTON____ JAIL ADMINISTRATOR ✓____ SHERIFF____

JAILER_____ _P J Miller_ ____ DATE _8-10-05_ TIME _140 P.m._
              SIGNATURE

### TO BE PLACED IN INMATE'S FILE

_Appt 8-25-05_

# GENEVA COUNTY JAIL
## INMATE REQUEST FORM

NAME _____  CELL _____  DATE _____

TELEPHONE CALL _____ MEDICAL _____ DENTAL _____ HEARING REQUEST _____

GRIEVANCE _____ VISIT _____ PERSONAL PROBLEM _____ OTHER _____

SHERIFF _____ JAIL ADMINSTRATOR _____ JUDGE _____ NOTARY _____

### BRIEFLY OUTLINE YOUR REQUEST AND GIVE TO THE JAILER/MATRON:

_I am still waiting for the prescription my doctor_
_The Dr. said I had to wate a couter and_
_she. Dr. Brown of the Brothers TR can prescribe a_
_Row made my visit 25 days no I if Dr. I_
_was And am still to know I sent have one_
_To Regards the left before will you allow_
_me to go to the phone or not._

**DO NOT WRITE BELOW!!**              *FOR SHERIFF'S DEPARTMENT USE ONLY*

### ALL REQUESTS WILL BE ROUTED THROUGH JAILER/MATRON

JAILER _____ MARTON _____ JAIL ADMINISTRATOR _____ SHERIFF _____

JAILER _____ DATE _____ TIME _____
SIGNATURE

### TO BE PLACED IN INMATE'S FILE

_____
_____
_____
_____
_____
_____
_____
_____

# GENEVA COUNTY JAIL
## INMATE REQUEST FORM

CC FILE-JW

NAME _John Balestro_ CELL _R_ DATE _10/27/05_

TELEPHONE CALL ____ MEDICAL ____ DENTAL ____ HEARING REQUEST ____

GRIEVANCE ____ VISIT ____ PERSONAL PROBLEM ____ OTHER _____

SHERIFF _X_ JAIL ADMINSTRATOR ____ JUDGE _____ NOTARY ____

### BRIEFLY OUTLINE YOUR REQUEST AND GIVE TO THE JAILER MATRON.

After week ago you told me button who would
See to it that I would go to the Dentel and Doctor
and a Mental Doctor the Dr Recomeded Back
And shoulder IVe been waiting for anything of
the above happend when the blue officer beat
on me

_DO NOT WRITE BELOW!!_          _FOR SHERIFF'S DEPARTMENT USE ONLY_

### ALL REQUESTS WILL BE ROUTED THROUGH JAILER MATRON

JAILER ____ MARTON ____ JAIL ADMINISTRATOR _____ SHERIFF _____

JAILER _____ DATE _____ TIME _____
            SIGNATURE

### TO BE PLACED IN INMATE'S FILE

O.D. MITCHUM, M.D.
100 W. LAKE PROFESSIONAL PARK, STE. ONE
GENEVA, AL 36340
(534) 684-9400

| OFFICE VISITS - EST. PT. | | VACCINES | | REMOVAL F.B. EYE | 65205 |
|---|---|---|---|---|---|
| MINIMAL | 99211 | FLU - G0008 | 90659 | FINE NEEDLE BIOPSY BREAST | 19100 |
| PROB FOCUS | 99212 | PNEUMONIA - G0009 | 90732 | INGROWN NAIL REMOVAL | 11730 |
| EXPD PROB FOCUS | 99213 | TETANUS - 90471 | 90703 | IRRIGATION EARS | 69210 |
| DETAIL / LC | 99214 | ADM / INJECTION | 90782 | TRIGGER POINT INJ. | 20550 |
| COMP / MC | 99215 | ADM / ANTIBIOTIC INJECTION | 90788 | INJ.ASP - SM.JT. | 20600 |
| | | | | INTERN. JT | 20605 |
| OFFICE VISITS - NEW PT | | LABORATORY | | MAJ JT | 20610 |
| PROB FOCUS | 99201 | BASIC METABOLIC PANEL | 80048 | | |
| EXPD PROB FOCUS | 99202 | GENERAL HEALTH PANEL | 80050 | | |
| DETAIL / LC | 99203 | ELECTROLYTE PANEL | 80051 | RADIOLOGY | |
| COMP / MC | 99204 | COMPREHENSIVE METABOLIC | 80053 | ANKLE | 73600 |
| | | LIPID PANEL | 80061 | ABDOMEN | 74000 |
| | | ARTHRITIS PANEL (RH9) | | CERVICAL SPINE | 72040 |
| | | ACUTE HEPATITIS PANEL | 80074 | CHEST / FRONTAL / 1 VIEW | 71010 |
| PREV MED EST PT | | HEPATIC FUNCTION PANEL | 80076 | ELBOW | 73070 |
| 18-39 YRS | 99395 | ANEMIA I PROFILE | 31000 | FINGER | 73140 |
| 40-64 YRS | 99396 | VENIPUNCTURE - G0001 | 36415 | FOOT | 73620 |
| 65 & OLDER | 99397 | GLUCOSE | 82947 | FOREARM | 73090 |
| | | HCT | 85013 | HAND | 73120 |
| PREV MED NEW PT | | HEMOCCULT | 82270 | HIP / SINGLE / 1 VIEW | 73500 |
| 18-39 YRS | 99385 | HEMOC. SCREENING | G0107 | HIP / SINGLE /2 VIEWS | 73510 |
| 40-64 YRS | 99386 | PSA | 84153 | HIP / BIL / 2 VIEWS | 73520 |
| 65 & OLDER | 99387 | PAP SMEAR | 88150 | KNEE | 73560 |
| | | PAP SMEAR SCREENING | Q0091 | LEG | 73590 |
| INJECTIONS | | TINE TEST | 86585 | LUMBAR SPINE | 72100 |
| AMPICILLIN 500MG | J0290 | URINALYSIS | 81000 | PELVIS | 72170 |
| B12 (UP TO 1000 MG) | J3420 | URINE PREGNANCY | 81025 | SHOULDER | 73020 |
| CELESTONE (3MG) | J0702 | Tsh | 84443 | SINUS | 76080 |
| ESTROGEN | J1390 | T4 | 84439 | SKULL | 70250 |
| DEPO. PROVERA 100 MG | J1055 | CBC | 85025 | THORACIC SPINE | 72070 |
| ROCEPHIN (250 MG) | J0696 | HgBA1C | 83036 | WRIST | 73100 |
| IRON DEXTRAN (2CC) 50MG | J1750 | B-12 LEVEL | 82607 | EKG | 93005 |
| VISTARIL (UP TO 25 MG) | J3410 | | | EKG | 93010 |
| SOLGANAL (UP TO 50 MG) | J2910 | | | | |
| DEPOTESTOSTERONE 100MG | J1070 | | | | |
| DEPOTESTOSTERONE 200MG | J1080 | PROCEDURES | | | |
| KENALOG (10MG) | J3301 | I.&D. SIMPLE | 10060 | | |
| | | I.&D. COMPLICATED | 10061 | | |
| | | EXCISION - LESION | 11xxx | | |
| | | HYFRECATION - LESION | 1700x | | |

| Diagnosis | | | | Next Appt. |
|---|---|---|---|---|
| 1 | Continue | 5 | | |
| 2 | | 6 | | RX's |
| 3 | | 7 | | |
| 4 | | 8 | | |

| Special Orders | Signature |
|---|---|
| | O.D. Mitchum, MD _____ |

Acc: 00098Q044-01      GENEVA COUNTY COMMISSION        Ins: (none)
Seq: 021063    PD:    1 ATTN: DONNA JONES               Col. Bal:      $0.00
Dat: 08/25/05 14:04     PO BOX 430                      Acc. Bal:   $1,131.00
Sts:     RP- PP         GENEVA AL  36340                Charges:
                                                        Paid:

# ALABAMA UNIFORM ARREST REPORT

| Fingerprinted | R84 Completed |
|---|---|
| ☐ Yes | ☐ Yes |
| ☒ No | ☒ No |

OFFICER'S WORK PRODUCT MAY NOT BE PUBLIC INFORMATION

## IDENTIFICATION

| 1 ORI # | 2 AGENCY NAME | | 3 CASE # | 4 SFX |
|---|---|---|---|---|
| A 3 4 0 2 0 0 | SAMSON POLICE DEPARTMENT | | | |

5 LAST, FIRST, MIDDLE NAME
POLCASTRO, JOHN PHILIP

6 ALIAS AKA

| 7 SEX | 8 RACE | 9 HGT | 10 WGT. | 11 EYE | 12 HAIR | 13 SKIN | 14 | ☐ SCARS | ☐ MARKS | ☐ TATOOS | ☐ AMPUTATIONS |
|---|---|---|---|---|---|---|---|---|---|---|---|
| ☒ M ☐ F | ☒ W ☐ B ☐ A | 5 7 | 202 | GRN | BRN | MED | | | | | |

15 PLACE OF BIRTH (CITY, COUNTY, STATE)
Utaly      Flakamo

| 16 SSN | 17 DATE OF BIRTH | 18 AGE | 19 MISCELLANEOUS ID # |
|---|---|---|---|
| - - | 05 08 25 53 | 52 | 422-475-53-1 |

| 20 SID # | 21 FINGERPRINT CLASS | KEY | MAJOR | PRIMARY | SCDY | SUB-SECONDARY | FINAL | 22 DL # | 23 ST |
|---|---|---|---|---|---|---|---|---|---|

| 24 FBI # | HENRY CLASS | | | 25 IDENTIFICATION COMMENTS |
|---|---|---|---|---|
| | NCIC CLASS | | | |

| 26 ☐ RESIDENT ☒ NON—RESIDENT | 27 HOME ADDRESS (STREET, CITY, STATE, ZIP) | 28 RESIDENCE PHONE | 29 OCCUPATION (BE SPECIFIC) |
|---|---|---|---|

| 30 EMPLOYER (NAME OF COMPANY/SCHOOL) | 31 BUSINESS ADDRESS (STREET, CITY, STATE, ZIP) | 32 BUSINESS PHONE ( ) |
|---|---|---|

## ARREST

| 33 LOCATION OF ARREST (STREET, CITY, STATE, ZIP) | 34 SECTOR # | 35 ARRESTED FOR YOUR JURISDICTION? ☐ YES ☐ NO |
|---|---|---|
| WEST WASHINGTON STREET | | ☐ IN STATE ☐ OUT OF STATE AGENCY |

| 36 CONDITION OF ARRESTEE: ☐ DRUNK ☒ SOBER ☒ DRINKING ☐ DRUGS | 37 RESIST ARREST? ☐ YES ☒ NO | 38 INJURIES? ☐ OFFICER ☐ ARRESTEE ☒ NONE | 39 ARMED? ☐ YES ☒ NO | 40 DESCRIPTION OF WEAPON ☐ HANDGUN ☐ RIFLE ☐ SHOTGUN ☐ OTHER FIREARM ☐ OTHER WEAPON |
|---|---|---|---|---|

| 41 DATE OF ARREST | 42 TIME OF ARREST | 43 DAY OF ARREST | 44 ☐ 1. AM ☒ MIL. ☒ 2. PM | 45 ARREST PER ☐ ON VIEW ☐ CALL ☐ WARRANT | 45 ARRESTED BEFORE? ☐ YES ☒ NO ☐ UNKNOWN |
|---|---|---|---|---|---|
| 01 01 05 | | ☐S ☐M ☐T ☐W ☐T ☐F ☐S | | | |

| 46 CHARGE—1 ☒ FEL ☐ MISD | 47 UCR CODE | 48 CHARGE—2 ☐ FEL ☒ MISD | 49 UCR CODE |
|---|---|---|---|
| PUBLIC INTOX | | ARSON | |

| 50 STATE CODE/LOCAL ORDINANCE | 51 WARRANT # | 52 DATE ISSUED M D Y | 53 STATE CODE/LOCAL ORDINANCE | 54 WARRANT # | 55 DATE ISSUED M D Y |
|---|---|---|---|---|---|

| 56 CHARGE—3 ☐ FEL ☒ MISD | 57 UCR CODE | 58 CHARGE—4 ☐ FEL ☐ MISD | 59 UCR CODE |
|---|---|---|---|
| CRIMINAL MISCHIEF | | DISORDERLY CONDUCT | |

| 60 STATE CODE/LOCAL ORDINANCE | 61 WARRANT # | 62 DATE ISSUED M D Y | 63 STATE CODE/LOCAL ORDINANCE | 64 WARRANT # | 65 DATE ISSUED M D Y |
|---|---|---|---|---|---|

| 66 ARREST DISPOSITION ☒ HELD ☐ BAIL ☐ RELEASED ☐ TOT—LE ☐ OTHER | 67 IF OUT ON RELEASE WHAT TYPE? County Jail | 68 ARRESTED WITH (1) ACCOMPLICE (FULL NAME) N/A |
|---|---|---|
| | | 69 ARRESTED WITH (2) ACCOMPLICE (FULL NAME) N/A |

## VEHICLE

| 70 VYR | 71 VMA | 72 VMO | 73 VST | 74 VCO TOP BOTTOM | 75 TAG # | 76 L:S | 77 LIY |
|---|---|---|---|---|---|---|---|

| 78 VIN | 79 IMPOUNDED? ☐ YES ☒ NO | 80 STORAGE LOCATION/IMPOUND # |
|---|---|---|

81 OTHER EVIDENCE SEIZED/PROPERTY SEIZED

## JUVENILE

| 82 JUVENILE DISPOSITION: ☐ HANDLED AND RELEASED ☐ REF. TO JUVENILE COURT ☐ REF. TO WELFARE AGENCY ☐ REF. TO OTHER POLICE AGENCY ☐ REF. TO ADULT COURT | ☐ CONTINUED IN NARRATIVE | 83 RELEASED TO |
|---|---|---|

| 84 PARENT OR GUARDIAN (LAST, FIRST, MIDDLE NAME) | 85 ADDRESS (STREET, CITY, STATE, ZIP) | 86 PHONE ( ) |
|---|---|---|

| 87 PARENTS EMPLOYER | 88 OCCUPATION | 89 ADDRESS (STREET, CITY, STATE, ZIP) | 90 PHONE ( ) |
|---|---|---|---|

## RELEASE

| 91 DATE AND TIME OF RELEASE | 92 RELEASING OFFICER NAME | 93 AGENCY/DIVISION | 94 ID # |
|---|---|---|---|
| 01 01 05 : ☐ AM ☒ PM ☒ MIL. | ANNETTE SHANE | SAMSON P.D. | 20 |

| 95 RELEASED TO: | 96 AGENCY/DIVISION | 97 AGENCY ADDRESS |
|---|---|---|

| 98 PERSONAL PROPERTY RELEASED TO ARRESTEE ☐ YES ☒ NO ☐ PARTIAL | 99 PROPERTY NOT RELEASED/HELD AT: | 100 PROPERTY # |
|---|---|---|

101 REMARKS (NOTE ANY INJURIES AT TIME OF RELEASE)

| 102 SIGNATURE OF RECEIVING OFFICER | 103 SIGNATURE OF RELEASING OFFICER | LOCAL USE |
|---|---|---|
| | | STATE USE |

| MULTIPLE CASES CLOSED | 104 CASE # | 105 SFX | 106 CASE # | 107 SFX | 108 CASE # | 109 SFX | 110 ADDITIONAL CASES CLOSED ☐ Y ☐ N |
|---|---|---|---|---|---|---|---|

| 111 ARRESTING OFFICER (LAST, FIRST, M.) | 112 ID # | 113 ARRESTING OFFICER (LAST, FIRST, M.) | 114 ID # | 115 SUPERVISOR | 116 WATCH CMDR. |
|---|---|---|---|---|---|
| ANNETTE SHANE | | KERSEY, TRACY | | ID # | ID # |

TYPE OR PRINT IN BLACK INK ONLY

ACJIC—34 REV. 10-9

PUBLIC INTOY
RESISTING ARREST
ARSEN
CRIMINAL MISCHIEF
DISORDERLY CONDUCT

SAMSON CHARGES

$ 32,000.⁰⁰
TOTAL

# WIREGRASS MEDICAL CENTER
1200 W. MAPLE AVE.
GENEVA, AL 36340
(334) 684-3655

ED-OP
## HOME INSTRUCTION SHEET

INFORMATION

OUTPATIENT SURGERY INFORMATION

## SPRAIN, FRACTURE, & SEVERE BRUISES

❑ Elevate the injured part above level of heart to lessen swelling. If pillows flatten, use chair cushions with pillows or blanket for comfort.
❑ Ice packs also help prevent swelling, especially during the first 48 hours.
❑ Place ice in plastic or rubber bag, cloth covering; after 48 hours, use heat.
❑ If you have an elastic bandage, rewrap it if too tight or loose. Remove at bedtime and replace in A.M.
❑ If you have a cast, keep it perfectly dry at all times.
❑ Wiggle toes or fingers to help prevent swelling in the cast—this should be done often if it does not cause pain.
❑ If the part swells anyway or gets cold, blue or numb or pain increases markedly, have it checked promptly.
❑ Use crutches.

## BACK AND NECK INJURY INSTRUCTIONS

❑ USE HEAT OR COLD ON THE INJURED AREA - whichever seems to help the most. Be careful not to burn yourself.
❑ Rest as much as possible until you are improved.
❑ Avoid positions and movement that make the pain worse.
❑ Relax emotionally - if you are tense the problem will not be worse.
❑ Gentle but firm massage will increase circulation in sore muscles and helps to clear the soreness.
❑ Wear special collar when out of bed.

## HEAD INJURY INSTRUCTIONS

Persons who receive blows to the head may have injuries that cannot always be seen by X-ray or examination soon after accident. For the next 24 hours it is important that these instructions be followed:
❑ Awaken the patient every two hours, even at night, to be sure he knows where he is and is not confused.
❑ Check eyes to see that both pupils are of equal size.
❑ Prevent the taking of sleeping pills, tranquilizers or alcohol.
❑ Restrict excessive work or play.
*Call your family doctor or local hospital immediately if the patient:*
❑ Develops a severe headache.
❑ Vomits more than twice within a short time.
❑ Is confused, faints or is hard to awaken.
❑ Has a pupil of one eye larger than the other
❑ Complains of double vision
❑ Shows abnormal behavior such as staggering or walking into things.

## X-RAY INSTRUCTIONS

Your X-rays have been read by the attending physician in the Emergency Dept. For your added protection, your X-rays will be reread the next morning by Radiology Dept. If any abnormalities are found that have not been called to your attention, you and your doctor will be called immediately. (Please be certain that the Emergency Dept. has a phone number where you can be reached.) Sometimes fractures or abnormalities may not show up on X-rays for several days. If your symptoms continue or get worse, call your doctor. More X-rays may need to be taken. If you are referred to another physician, come by the hospital and pick up your X-ray and take them with you to the doctor's office. Please call ahead to X-ray Dept.

## WOUND CARE (Cuts, Abrasions, Burns, Stitches)

❑ Keep the dressings clean and dry.
❑ Bathe the wound to help relieve soreness and help speed wound healing.
❑ Despite the greatest care, any wound can be infected. If your wound becomes red, swollen, shows pus or red streaks, or feels more sore instead of less sore as days go by, you must report to your doctor right away.
❑ Dressing should be changed in _____ days.
❑ Treatment rendered _____
❑ Tetanus Toxoid given _____
   250 units of tetanus immune globulin was given. To complete your immunization, you must receive two additional doses of toxoid 4-6 weeks apart. Call your physician for the next dose.
❑ Warm soaks to area 4 times daily. 20-40 minutes each time.
❑ Continuous warm compresses.

## VOMITING & DIARRHEA

❑ Do not feed anything for 4 hours.
❑ After 4 hours, if there is not vomiting and/or diarrhea, offer 2 tablespoons (1 ounce) of any of the following: clear liquids, Coke, Gingerale, 7 up, weak tea, Gatorade or Jello, water. If patient is hungry you may add 1 teaspoon of sugar to each ounce of liquid.
❑ UNDER NO CIRCUMSTANCES USE MILK OR MILK PRODUCTS.
❑ The 2 tablespoons of liquid may be offered every hour. If after 4 hours no vomiting has occured, the amount may be slowly increased.
❑ Using no more than ½ glass (4 ounces) of liquid at a time continue this treatment for 24 hours.
❑ Contact your doctor's office for further instructions after 24 hours.

## GENERAL INSTRUCTIONS

❑ Stay in bed/may go to bathroom.
❑ Use vaporizor.
❑ Drink large amounts of liquids.
❑ Take _____ aspirin every 4 hours.
❑ Avoid any use of injured part.
❑ Allow only limited use of the part.
❑ You need not necessarily limit activity.
❑ Fill Prescriptions given to you from Emergency Dept. and take as directed.
❑ No driving or any activity requiring mental alertness after receiving medication.

## FEVER OVER 102

❑ Sponge with lukewarm water in the tub.
❑ If temperature increases or persists for 24 hours, see your family doctor.

## EYE INJURY

❑ Any eye injury is potentially hazardous.
❑ Any increasingly severe discomfort, redness or sudden impairment of vision should be reported immediately to your physician or eye specialist below.
❑ Do not drive with eye patch.

## ANIMAL OBSERVATION

Instructions for observation of any animal that may have bitten a human if that animal is available for observation.
❑ Have animal taken to Veterinarian for observation.
❑ If the owner should refuse to take the animal to the Veterinarian, notify the County Health Officer of the situation.

**ADDITIONAL INSTRUCTIONS** *(1) Follow Attached Head Injury Instructions for Wound Check every 2-4 hours.*

I hereby acknowledge receipt of all the instructions indicated above. I understand that I have received EMERGENCY treatment only and that I may be released before all my medical problems are known or treated. I will arrange for follow-up care as indicated above. I understand that if my conditions worsen or new symptoms appear, I should contact my Doctor immediately.

PATIENT/PARENT'S SIGNATURE          NURSE'S SIGNATURE          PHYSICIAN'S SIGNATURE

## SCHOOL AND WORK EXCUSE        PATIENT NAME                    DATE

❑ No work for _____ days
❑ Light work for _____ days
❑ May return to work on _____

❑ No school for _____ days
❑ No Physical Education for _____ days
❑ May return to school on _____

# WIREGRASS MEDICAL CENTER          PHYSICIAN'S SIGNATURE

*Jaih*

ACRO369  A L A B A M A   J U D I C I A L   I N F O R M A T I O N   C E N T E R

CASE ACTION SUMMARY
CONTINUATION                           CASE: CC 2005 000479.00
                                       JUDGE ID:  PBM
--------------------------------------------------------------------------
STATE  OF  ALABAMA              VS     POLCASTRO JOHN P
--------------------------------------------------------------------------
   DATE        ACTION, JUDGMENTS, CASE NOTES
--------------------------------------------------------------------------

11/13/05    *Motion granted. Continued. PBM*

11/13/2005     MOTION GRANTED.  CONTINUED.  /s/ PBM

11/18/2005     COPY OF CAS TO DA AND HOLMES.  Mh

11/28/05    *Letter from defendant.*

11/30/05    *Copy of letter to atty Holmes.*

12/14/05    *[handwritten notes, illegible]*

12/14/05    *[handwritten notes, illegible] PBM*

12/14/2005     WAIVES READING OF THE INDICTMENT AND PLEADS NOT GUILTY.  SAME ORDER –
               ALL CASES.  /s/ PBM

12/14/2005     DEFENDANT TO BE TAKEN TO EYE DOCTOR OR DENTIST IF NEED TO GO.  /s/  PBM

12/28/2005     COPY OF CAS TO DA, HOLMES, HUGHES, JAIL AND S/O.   mh

```
ACRO370            ALABAMA JUDICIAL INFORMATION SYSTEM     CASE: CC 2005 000479.00
OPER: MAH                   CASE ACTION SUMMARY
PAGE:   1                   CIRCUIT  CRIMINAL                RUN DATE: 11/04/2005
===============================================================================
IN THE CIRCUIT COURT OF   GENEVA                                    JUDGE: PBM

STATE  OF  ALABAMA               VS      POLCASTRO JOHN P
                                         405 W WASHINGTON ST
CASE: CC 2005 000479.00
                                         SAMSON, AL  36477 0000

DOB: 05/02/1953      SEX: M  RACE: W  HT: 5 07  WT: 180   HR: BRO EYES: GRN
SSN: 096047844   ALIAS NAMES:
===============================================================================
CHARGE01: ARSON 2ND           CODE01: ARS2 LIT: ARSON 2ND        TYP: F #: 001
OFFENSE DATE: 08/01/2005              AGENCY/OFFICER: 0340000 TRACY K

DATE WAR/CAP ISS:                    DATE ARRESTED: 08/01/2005
DATE    INDICTED:                    DATE    FILED: 11/02/2005
DATE    RELEASED:                    DATE  HEARING:
    BOND AMOUNT:      $25,000.00         SURETIES:

DATE 1:             DESC:             TIME: 0000
DATE 2: 12/14/2005  DESC: ARRG        TIME: 0900 A
TRACKING NOS: DC 2005 000906 00  /                        /

    DEF/ATY: HOLMES DAVID FRANKLIN    TYPE: A                    TYPE:
             103 E. HWY 52.
             P O BOX 1180
             SLOCOMB        AL 36375                     00000

PROSECUTOR: ADAMS THOMAS KIRKE

===============================================================================
CTH CSE: DC200500090600 CHK/TICKET NO:                    GRAND JURY:
URT REPORTER: _____  SID NO:    000000000
DEF STATUS: JAIL           DEMAND:                        OPER: MAH
===============================================================================
  TRANS DATE   ACTIONS, JUDGEMENTS, AND NOTES                          OPE
-------------------------------------------------------------------------------
  11/04/2005   ASSIGNED TO: (PBM) P. BEN MCLAUCHLIN, JR.   (AR01)      MAH
-------------------------------------------------------------------------------
  11/04/2005   INITIAL STATUS SET TO: "J" - JAIL           (AR01)      MAH
-------------------------------------------------------------------------------
  11/04/2005   FILED ON: 11/02/2005                        (AR01)      MAH
-------------------------------------------------------------------------------
  11/04/2005   DEFENDANT ARRESTED ON: 08/01/2005           (AR01)      MAH
-------------------------------------------------------------------------------
  11/04/2005   ATTORNEY FOR DEFENDANT: HOLMES DAVID FRANKLI (AR01)      MAH
-------------------------------------------------------------------------------
  11/04/2005   BOND SET AT: $25000.00                      (AR01)      MAH
-------------------------------------------------------------------------------
  11/04/2005   CHARGE 01: ARSON 2ND/#CNTS: 001             (AR01)      MAH
-------------------------------------------------------------------------------
  11/04/2005   SET FOR:   ARRAIGNMENT ON 12/14/2005 AT 0900A(AR10)      MAH
-------------------------------------------------------------------------------
  11/04/2005   DOCKET DATE NOTICE       SENT TO PROSECUTOR (AR09)      MAH
-------------------------------------------------------------------------------
  11/04/2005   CASE ACTION SUMMARY PRINTED                 (AR08)      MAH
-------------------------------------------------------------------------------
  11/7/2005    Motion to Allow Defendant to Attend and Complete New Life Center Christian
               Revocery Program Filed by Atty. Holmes.
-------------------------------------------------------------------------------
  11/7/2005    Motion for Medical Treatment filed by Holmes.
-------------------------------------------------------------------------------
  11/8/05 -    Motion of Medical treatment Set Nov 23 at
               9:30 PM
-------------------------------------------------------------------------------
  11/9/2005    MOTION FOR MENTAL TREATMENT SET NOV. 23, 2005 AT 9:30 A.M.  /s/ PBM
-------------------------------------------------------------------------------
  11/9/2005    COPY OF CAS TO DA, HOLMES, JAIL AND S/O. mh
  11/16/05     Motion to Continue. Atty will be out of
               town the week of Thanksgiving filed by Holmes
-------------------------------------------------------------------------------
```

```
ACRO370              ALABAMA JUDICIAL INFORMATION SYSTEM    CASE: CC 2005 000480. 00
OPER: MAH                     CASE ACTION SUMMARY
PAGE:   1                     CIRCUIT   CRIMINAL               RUN DATE: 11/04/2005
       ==================================================================================
    THE CIRCUIT COURT OF   GENEVA                                   JUDGE: PBM

STATE  OF  ALABAMA                 VS        POLCASTRO JOHN PHILLIP
                                             405 WEST WASHINGTON ST
CASE: CC 2005 000480. 00
                                             SAMSON, AL   36477 0000

DOB: 05/02/1953        SEX: M  RACE: W  HT: 5 07  WT: 000   HR: BRO EYES: GRN
SSN: 096447848   ALIAS NAMES:
==================================================================================
CHARGE01: THEFT OF PROP 2ND     CODE01: TOP2  LIT: THEFT OF PROP  TYP: F #: 001
OFFENSE DATE: 07/14/2005                   AGENCY/OFFICER: 0340000 BEN BER

DATE WAR/CAP ISS:                     DATE ARRESTED: 08/23/2005
DATE    INDICTED:                     DATE   FILED: 11/02/2005
DATE    RELEASED:                     DATE  HEARING:
    BOND AMOUNT:       $2,500.00          SURETIES:

DATE 1:            DESC:              TIME: 0000
DATE 2: 12/14/2005 DESC: ARRG         TIME: 0900 A

TRACKING NOS: DC 2005 001000 00  /                        /

    DEF/ATY: HOLMES DAVID FRANKLIN      TYPE: A                      TYPE:
             103 E. HWY 52.
             P O BOX 1180
             SLOCOMB       AL 36375                    00000

PROSECUTOR: ADAMS THOMAS KIRKE
```

```
==================================================================================
OTH CSE: DC200500100000 CHK/TICKET NO:                    GRAND JURY:
RT REPORTER: _____ SID NO:       000000000
L F STATUS: JAIL               DEMAND:                        OPER: MAH
```

| TRANS DATE | ACTIONS, JUDGEMENTS, AND NOTES | OPE |
|---|---|---|
| 11/04/2005 | ASSIGNED TO: (PBM) P. BEN MCLAUCHLIN, JR.  (ARO1) | MAH |
| 11/04/2005 | INITIAL STATUS SET TO: ~J~ – JAIL      (ARO1) | MAH |
| 11/04/2005 | FILED ON: 11/02/2005                  (ARO1) | MAH |
| 11/04/2005 | DEFENDANT ARRESTED ON: 08/23/2005     (ARO1) | MAH |
| 11/04/2005 | ATTORNEY FOR DEFENDANT: HOLMES DAVID FRANKLI (ARO1) | MAH |
| 11/04/2005 | BOND SET AT: $2500.00                 (ARO1) | MAH |
| 11/04/2005 | CHARGE 01: THEFT OF PROP 2ND/#CNTS: 001  (ARO1) | MAH |
| 11/04/2005 | SET FOR:  ARRAIGNMENT ON 12/14/2005 AT 0900A (ARO10) | MAH |
| 11/04/2005 | DOCKET DATE NOTICE    SENT TO PROSECUTOR (ARO9) | MAH |
| 11/04/2005 | CASE ACTION SUMMARY PRINTED           (ARO8) | MAH |
| 11/7/2005 | Motion to Allow Defendant to Attend and Complete New Life Center Christian Recovery Program filed by atty Holmes. | |
| 11/7/2005 | Motion for Medical Treatment filed by Holmes. | |
| 11/9/05 | Set MN 23 at 9:3 PM | |
| 11/9/2005 | SET FOR HEARING ON NOV. 23, 2005 AT 9:30 A.M.  /S/ PBM | |
| 11/9/2005 | COPY OF CAS TO DA, HOLMES, JAIL AND S/O.  mh | |

```
ACRO370                ALABAMA JUDICIAL INFORMATION SYSTEM    CASE: CC 2005 000479.00
OPER: MAH                       CASE ACTION SUMMARY
PAGE:  1                        CIRCUIT  CRIMINAL              RUN DATE: 11/04/2005
==================================================================================
IN THE CIRCUIT COURT OF  GENEVA                                       JUDGE: PBM

STATE  OF  ALABAMA                     VS      POLCASTRO JOHN P
                                               405 W WASHINGTON ST
CASE: CC 2005 000479.00
                                               SAMSON, AL  36477 0000

DOB: 05/02/1953        SEX: M  RACE: W  HT: 5 07  WT: 180   HR: BRO EYES: GRN
SSN: 096047844  ALIAS NAMES:
==================================================================================
CHARGE01: ARSON 2ND        CODE01: ARS2  LIT: ARSON 2ND      TYP: F #: 001
OFFENSE DATE: 08/01/2005              AGENCY/OFFICER: 0340000 TRACY K

DATE WAR/CAP ISS:                    DATE ARRESTED: 08/01/2005
DATE   INDICTED:                     DATE    FILED: 11/02/2005
DATE   RELEASED:                     DATE  HEARING:
     BOND AMOUNT:     $25,000.00          SURETIES:

DATE 1:          DESC:               TIME: 0000
DATE 2: 12/14/2005  DESC: ARRG       TIME: 0900 A

TRACKING NOS: DC 2005 000906 00  /                      /

   DEF/ATY: HOLMES DAVID FRANKLIN    TYPE: A                     TYPE:
            103 E. HWY 52.
            P O BOX 1180
            SLOCOMB      AL 36375                    00000

PROSECUTOR: ADAMS THOMAS KIRKE


==================================================================================
OTH CSE: DC200500090600 CHK/TICKET NO:                   GRAND JURY:
CRT REPORTER: _____  SID NO:     000000000
DEF STATUS: JAIL            DEMAND:                       OPER: MAH
```

| TRANS DATE | ACTIONS, JUDGEMENTS, AND NOTES | OPE |
|---|---|---|
| 11/04/2005 | ASSIGNED TO: (PBM) P. BEN MCLAUCHLIN, JR.  (ARO1) | MAH |
| 11/04/2005 | INITIAL STATUS SET TO: "J" - JAIL  (ARO1) | MAH |
| 11/04/2005 | FILED ON: 11/02/2005  (ARO1) | MAH |
| 11/04/2005 | DEFENDANT ARRESTED ON: 08/01/2005  (ARO1) | MAH |
| 11/04/2005 | ATTORNEY FOR DEFENDANT: HOLMES DAVID FRANKLI (ARO1) | MAH |
| 11/04/2005 | BOND SET AT: $25000.00  (ARO1) | MAH |
| 11/04/2005 | CHARGE 01: ARSON 2ND/#CNTS: 001  (ARO1) | MAH |
| 11/04/2005 | SET FOR:  ARRAIGNMENT ON 12/14/2005 AT 0900A (ARO10) | MAH |
| 11/04/2005 | DOCKET DATE NOTICE    SENT TO PROSECUTOR  (ARO9) | MAH |
| 11/04/2005 | CASE ACTION SUMMARY PRINTED  (ARO8) | MAH |
| 11/7/2005 | Motion to Allow Defendant to Attend and Complete New Life Center Christian Revocery Program Filed by Atty. Holmes. | |
| 11/7/2005 | Motion for Medical Treatment filed by Holmes. | |
| 11/8/05 | Motion of Medical treatment set Nov 23 at 9:30 - PM | |
| 11/9/2005 | MOTION FOR MENTAL TREATMENT SET NOV. 23, 2005 AT 9:30 A.M.  /s/ PBM | |
| 11/9/2005 | COPY OF CAS TO DA, HOLMES, JAIL AND S/O.  mh | |

IR-84 (Rev. 08-31-1999)

## FINAL DISPOSITION REPORT

**Note:** This vital report must be prepared on each individual whose arrest fingerprints have been forwarded to the FBI Criminal Justice Information Services Division without final disposition noted thereon. If no final disposition is available to arresting agency, complete left side and forward the form when case referred to prosecutor and/or courts. Agency on notice as to final disposition should complete this form and submit to: **FBI, CJIS Division, Clarksburg, WV 26306**
(See instructions on reverse side)

FBI No.

Name on fingerprint Card Submitted to FBI

Last — DolCaster    First — John    Middle — Phillip

Date of Birth — 5-2-53                    Sex — M

Henry Fingerprint Classification

State Bureau No. (SID)

Social Security No. (SOC) — 0986-44-73 48

From FBI 1-B Response

Contributor of Fingerprints (Include **complete** name and location of agency together with ORI number)

Arrest No. (OCA)

Date Arrested or Received — 8-1-05

Offenses Charged at Arrest —
public drunk
DLSDO~
Elim misch.
Disorlly Conduct

---

Final Disposition & Date
(If convicted or subject pleaded guilty to lesser charge, include this modification with disposition.)

This Form Submitted By:
(Name, Title, Agency, ORI No., City & State)

Signature _____    Title _____

☐ COURT ORDERED EXPUNGEMENT
    Certified or Authenticated Copy of Court Order Attached

Date _____

Leave Blank

# Dr. Thomas Parish

706 W Maple Ave
GENEVA, AL 36340
(334) 684-3096

January 24, 2006

JOHN POLCASTRO
P O BOX 115
GENEVA, AL 36340

ID: 15980

| Account Aging | |
|---|---|
| Current | $222.00 |
| 30 Day | $95.00 |
| 60 Day | $0.00 |
| 90 Day | $0.00 |
| Contract | $0.00 |
| Balance Due | $317.00 |
| Estimated Ins | $0.00 |
| Balance Due Now | $317.00 |

| Date | Provider | Transaction | | Tth | Surface | Fee |
|---|---|---|---|---|---|---|
| 01/24/06 | Thomas Parish Jr. DMD | 07140 | Single Tooth,Extraction | 21 | | 50.00 |

Subtotal: 50.00

Tax: 0.00

Today's Charges: 50.00

+ Previous Balance: 267.00

Balance Due: $317.00

| Contract Balance | Estimated Insurance | Previous Balance | Charges Today | Payments Today | Adjustments Today | Balance Due Now |
|---|---|---|---|---|---|---|
| 0.00 | 0.00 | 267.00 | 50.00 | 0.00 | 0.00 | 317.00 |

Future Family Appointments:
15980 JOHN POLCASTR( 2/13/2006 @ 8:30 am

| Patient: | Next Appointment: | | Patient: | Next Appointment: | | Patient: | Next Appointment: |