IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA

JOHN P. POLCASTRO SR.
PLAINTIFF

V

GREG WARD, et. al,
DEFENDANTS

RECEIVED
2006 FEB 15 A 9:46

CIVIL ACTION NO.
1:05-CV-00909-MEF-VPM

## PLAINTIFF ANSWER TO DEFENDANTS ANSWER TO PLAINTIFF

COME NOW JOHN P. POLCASTRO SR, PLAINTIFF PRO SE. IN THE ABOVE STYLED CAUSE, AND SUBMIT HIS REPLY TO DEFENDANTS ANSWER TO PLAINTIFFS ANSWER, TO SPECIAL REPORT STATING AS FOLLOWS.

(1) PLAINTIFF HAS AT ALL TIMES TRIED TO COMPLY WITH COURT ORDERS. PLAINTIFF IS AN INMATE AT THE GENEVA COUNTY JAIL, HE DOES NOT HAVE ACCESS TO A NOTARY OR A COPY MACHINE. AS DOES THE DEFENDANTS AND THEIR LAWYERS. THE PLAINTIFF HAS SENT IN THE BEST AFFIDAVITS AS POSSIBLE. PLAINTIFF HAS NOT PUT IN ANY DISCOVERY MOTIONS BECAUSE ALL RECORDS HE WOULD WERE SENT TO HIM BY THE DEFENDANTS LAWYERS. PLAINTIFF HAS ASKED THE COURT TO SET A DATE FOR AN EVIDENTIARY HEARING. DURING THAT HEARING PLAINTIFF PLANS TO CALL WITNESSES. PLAINTIFF HIM SELF WILL BE THE MAIN WITNESS IN THIS CASE PLAINTIFF HAS STATED MANY TIMES THAT HE IS READY TO GO TO TRIAL. PLAINTIFF PLANS IN THE VERY NEAR FUTURE TO FILE IN A MOTION FOR A EVIDENTIARY HEARING.

SCANNED

Plaintiff feels he is entitled to summary judgment

(2) The Plaintiff was charged with assault. A minor assault. The case is no longer pending. The Plaintiff still states that Deputy Ray Nick lied to the court. He stated he only pushed Plaintiff once. If he did, how did he get all those injuries. The Plaintiff feels he has a right to let a jury decide the assault on the Plaintiff. The Plaintiff does not know what are in the cases the Defendants cited, because he still does not have access to the law library. Summary Judgment should be granted for the Plaintiff.

(3) Plaintiff has been taken to the Dentist. The Sheriff has refused to pay for the dental work the Dentist told the Sheriff the Plaintiff needed. His eye tooth was broken during the assault. The tooth could of been saved with a root canal. The Sheriff refused to pay for it. So the tooth was pulled out. The Plaintiff's lower partial plate was stripped during the assault. The Plaintiff has no bottom back teeth. He is not able to chew his food. The Sheriff has refused to allow the Dentist to make a bottom partial plate. All the above will come out during the hearing.

(4) Plaintiff has been in this county Jail going on 7 months. Five of those months

he was forced to sleep on the floor after many complaints the blankets were washed. You can not put in a request to get your blanket washed.

Defendants state that all inmates are taken outside for exercise twice a day. That is an out right lie. We do get 15 to 20 minutes during the day. If we are lucky we go out once a week at night. The night jailer does not like to take us out.

Carl Rowe is trying to make the jail look good to the court. During the hearing, the witnesses will show he has not been truthful to the court.

5) The Plaintiff has been an INDIGENT inmate since he has been in the county jail. The jail does not give free mail services to indigent inmates. The Plaintiff has to borrow from other inmates to mail law papers to the court. The jail does not allow inmates to go to the law library. And they do not give out law books upon request.

6) Plaintiff has clearly stated that any type of request put in or a grievance is put in the garbage by the head jailer.

4

John P Polcastro Sr
Plaintiff Pro Se
P.O Box 115
Geneva AL 36340

*John P. Polcastro Sr.*

## CERTIFICATE OF SERVICE

I do hereby certify that I have this day mailed a copy of the foregoing postage prepaid and properly addressed to

C Richard Hill Jr
Webb y Eley PC
7475 Halcyon Point Drive 36117
P.O Box 240 909
Montgomery AL 36124

This the 14th day of February 2006

*John P Polcastro Sr
Plaintiff (Pro Se)*