RECEIVED
2006 MAR -8

Sir,
My name is John Polcastro. I'm writing to you to give you my change of address. My new address is below with both civil nos.

Sir, I need to ask you a question. I'm not good at knowing all the rules of your court. What I'd like to know is, am I allowed to put in a motion for an EVIDENTIARY HEARING. And also, how am I to set up a date for trial. Will you please tell me. Thank you.

Sincerely,
John P. Polcastro

John P. Polcastro SR
245708
P.O. Box 150
Mount Meigs AL-36057

Civil Action no. 1:05-CV-00909 MEF VPM

Case no. 1:05 CV-910-T