IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA

| | |
|---|---|
| JOHN P. POLCASTRO SR.<br>PLAINTIFF<br>V.<br>GREG WARD, ET. AL<br>DEFENDANTS | CIVIL ACTION NO.<br>1:05 CV 00909 MEF VPM |

## MOTION FOR DISCOVERY

COME NOW John P. Polcastro SR, Plaintiff in the above styled cause, and submits his Request for Discovery.

On or about August 1st 2005, Deputy Perez from the Geneva County Sheriffs Dept. took pictures of Plaintiffs face. Deputy Perez, No. 2413 stated, and I quote, ("I'm taking these pictures in case you ever need them, I'm not getting blamed for this, end of quote.

Many requests were made to Head Jailer Rowe for copies of these pictures. None were answered.

Plaintiff requests copies of those pictures. And copies of all pictures taken when Plaintiff was booked into the Geneva County Jail.

These pictures will show that Deputy Ray Roch lied to the court when he said all he did was push Plaintiff away from him. The un answered question is, how many times was-

Plaintiff Pro se, Plaintiff requests copies be sent to him and the court.

Respectfully submitted this 7th day of August 2006.

John P. Polcastro sr. Plaintiff
245168 3/97
3800 Fountain
Atmore AL. 36503

## CERTIFICATE OF SERVICE

I hereby certify that on this 7th day of August 2006, I have served the foregoing document on the following

Mr. Richard Hill Jr.
Attorney for Defendants
Webb & Eley P.C.
7475 Halcyon Pointe Drive 36117
P.O. Box 240909
Montgomery AL. 36124

by placing a true and correct copy of the foregoing in the U.S. Mail, postage prepaid, on this the 7th day of August 2006.

John P. Polcastro sr.
Plaintiff Pro se
John P. Polcastro sr.