IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF ALABAMA

JOHN P. POLCASTROSE, ) Civil Action No.
　　　Plaintiff )
v ) 1:05-cv-00909-MEF-VPM
GREG WARD, et. al. )
　　　Defendants )

## Motion to Demand Sheriff Greg Ward obey County Court order for medical treatment

Come now John P. Polcastrose, Plaintiff to request the court to Demand Sheriff to obey court order for medical treatment.

On 11/7/05 court order was sent to Sheriff Ward to see to it that Plaintiff receive medical treatment. As of the filing of this motion, Sheriff Ward still has not obeyed court order.

As the records will show. The sheriff took Plaintiff to a few Dentist appointments after Plaintiff was sentenced to state prison. Head Jailer Carl Rowe, called the Dept. of Corrections many times to get the Plaintiff transferred to state prison. Thinking the sheriff wouldn't have to obey the court order.

The records at the Dentist office will show that Jailer Rowe canceled Dentist Appointments, knowing Plaintiff would soon be transferred to state prison. Eye Dr. Appointments were also canceled because of the sheriff's neglect to

2

disobeying the court order, The Plaintiff still has no teeth to chew his food. His top partial plate is still broken. One bottom tooth that was pulled by the Dentist was not pulled right. A piece of the tooth is still there. Which is very painful.

Plaintiff checked with the Prison Dentist. Plaintiff was put on a list. Which he was told is very long. That was almost 6 months ago. Plaintiff still can see out of his left eye. Again Plaintiff is on the waiting list to see the eye Dr.

It has been a little over a year since his teeth were broken. And the sight lost in his left eye. The Plaintiff states he will not be able to receive the treatment for his eye that he needs from the Prison. He needs to go back to the special eye Dr. in Montgomery at the ear, nose and eye clinic.

Plaintiff is being released in March 2007.

Plaintiff requests the court order the Defendants Attorney to set up a meeting with Plaintiff at the prison to see if some thing can be worked out to take care of this medical problem.

Respectfully submitted on this 7th day of August 2006.

John P Kostro Plaintiff
245160 3F00 Frenton Dr
Atmore AL 36503

## CERTIFICATE OF SERVICE

I hereby certify that on this 7th day of August 2006 I have served the foregoing document on the following

Mr. Richard Hill Jr.
Attorney for the Defendants
Webb & Eley P.C.
7475 Halcyon Pointe Drive
P.O. Box 240909
Montgomery AL. 36124

by placing a true and correct copy of the foregoing in the United States mail, postage prepaid on this 7th day of August 2006

_[signature]_
Plaintiff Pro Se

_[signature]_
Plaintiff Pro Se