IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

_____

| | | |
|---|---|---|
| JOHN P. POLCASTRO, SR., | * | |
| Plaintiff, | * | |
| v. | * | 1:05-CV-909-MEF |
| SHERIFF GREY WARD, *et al.*, | * | |
| Defendants. | * | |

_____

*   *   *   *   *   *

_____

| | | |
|---|---|---|
| JOHN P. POLCASTRO, SR., #245 168 | * | |
| Plaintiff, | * | |
| v. | * | 1:05-CV-910-MEF |
| GARY WEEKS, *et al.*, | * | |
| Defendants. | * | |

_____

**ORDER ON MOTION**

Pending before the court is Plaintiff's request for discovery. He seeks production of pictures taken by a Geneva County Sheriff's Deputy (Deputy Perez) on or about August 1, 2005. Plaintiff further requests production of all photographs taken of him upon being booked into the Geneva County Jail. Upon consideration of Plaintiff's discovery request, it is ORDERED that:

1. The motion for discovery (Doc. No. 20) be and is hereby GRANTED;

2. On or before August 30, 2006 Defendants shall filed legible copies of any and all photographs taken of Plaintiff on or about August 1, 2005 following his arrest by Geneva County law enforcement officials.

Done this 11th day of August 2006.

/s/ Vanzetta Penn McPherson
VANZETTA PENN MCPHERSON
UNITED STATES MAGISTRATE JUDGE