IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

_____

| | | |
|---|---|---|
| JOHN P. POLCASTRO, SR., | * | |
| Plaintiff, | * | |
| v. | * | 1:05-CV-909-MEF |
| SHERIFF GREY WARD, *et al.*, | * | |
| Defendants. | * | |

_____

*   *   *   *   *   *

_____

| | | |
|---|---|---|
| JOHN P. POLCASTRO, SR., #245 168 | * | |
| Plaintiff, | * | |
| v. | * | 1:05-CV-910-MEF |
| GARY WEEKS, *et al.*, | * | |
| Defendants. | * | |

_____

**ORDER ON MOTION**

Pending before the court is Plaintiff's request that Sheriff Ward be directed to comply with a county court order entered on November 7, 2005 which purportedly directed him to ensure that Plaintiff received medical treatment. Plaintiff contends that as of the signature date of his pleading, Sheriff Ward has not complied with the order.

Plaintiff is currently in the custody of the Alabama Department of Corrections.

Consequently, his medical needs are the responsibility of the current contractor for health-related services for the Department of Corrections. Furthermore, Plaintiff is advised that a request for enforcement of a county court order should be filed in the appropriate state court.

Accordingly, it is

ORDERED that Plaintiff's Motion to Demand Sheriff Ward to Comply with County Court Order (Doc. No. 21) be and is hereby DENIED.

Done this 11th day of August 2006.

/s/ Vanzetta Penn McPherson
VANZETTA PENN MCPHERSON
UNITED STATES MAGISTRATE JUDGE