# Exhibit A
# Plaintiff's "Mug Shot" Photographs

**GENEVA CO SHERIFFS DEPT**

# Mugshot Profile

---

**LAST NAME:** POLCASTRO

**FIRST NAME:** JOHN

**MIDDLE NAME:** PHILLIP

**NICKNAME:**

**PIN:** 12091

**DATE OF BIRTH:** 05/02/1953

**BIRTH PLACE:**

**ADDRESS:** 405    W    WASHINGTON ST

**CITY/STATE:** SAMSON        AL



### PHYSICAL DESCRIPTION

**RACE:** WHITE

**SEX:** MALE

**HEIGHT:** 5    7

**WEIGHT:** 202

**EYE COLOR:** GREEN

**HAIR COLOR:** BROWN

**HAIR LENGTH:**

**FACIAL HAIR:**

**COMPLEXION:**

**TEETH:**

**BUILD:**

**GLASSES:**



### SCARS/MARKS/TATTOOS/DEFORMITIES

**SCARS:**

**MARKS:**

**TATTOOS:**

**GAIT:**

**MISSING LIMBS:**