# Exhibit B
# Second Supplemental Affidavit of Carl Rowe

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA

| | |
|---|---|
| JOHN P. POLCASTRO, SR., | ) |
| Plaintiff, | ) ) ) |
| v. | ) Civil Action No. 1:05-cv-00909-MEF-VPM |
| GREG WARD, et al., | ) ) ) |
| Defendants. | ) |

### SECOND SUPPLEMENTAL AFFIDAVIT OF CARL ROWE

STATE OF ALABAMA )
)
COUNTY OF GENEVA )

BEFORE ME, the undersigned authority and Notary Public in and for said County and State at large, personally appeared Carl Rowe, who being known to me and being by me first duly sworn on oath deposes and says as follows:

1. My name is Carl Rowe. I am over the age of nineteen and competent to make this affidavit. I am the Jail Administrator for the Geneva County Detention Facility.

2. I am familiar with the Plaintiff due to his being incarcerated in the Geneva County Detention Facility.

3. "Mugshots" of inmates are taken upon that inmate's booking into the Geneva County Detention Facility.

4. I certify and state that the "Mugshot Profile" provided to the Court is a true and correct copy of this record, kept at the Geneva County Detention Facility in the regular course of business. I am the Custodian of this Record.

5.  I swear, to the best of my present knowledge and information, that the above statements are true, that I am competent to make this affidavit, and that the above statements are made by drawing from my personal knowledge of the situation.

_____
CARL ROWE

SWORN TO and SUBSCRIBED before me this ___ day of August, 2006.

_____
NOTARY PUBLIC
My Commission Expires: Sept 26th 2006

2