# Exhibit C
# Supplemental Affidavit of Greg Ward

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA

| | |
|---|---|
| JOHN P. POLCASTRO, SR., | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Civil Action No. 1:05-cv-00909-MEF-VPM |
| | ) |
| GREG WARD, et al., | ) |
| | ) |
| Defendants. | ) |

## SUPPLEMENTAL AFFIDAVIT OF GREG WARD

| | |
|---|---|
| STATE OF ALABAMA | ) |
| | ) |
| COUNTY OF GENEVA | ) |

**BEFORE ME**, the undersigned authority and Notary Public in and for said County and State at large, personally appeared Greg Ward, who being known to me and being by me first duly sworn on oath deposes and says as follows:

1. My name is Greg Ward. I am over the age of nineteen and competent to make this affidavit. I am the duly elected Sheriff of Geneva County, Alabama.

2. I am familiar with the Plaintiff due to his being incarcerated in the Geneva County Detention Facility. I have no personal knowledge of any of the specific allegations that form the basis of Plaintiff's Complaint.

3. I have been informed of the Court's Order for discovery. In accordance with that Order, I, along with Deputy Perez have attempted to locate photographs (in addition to the booking photographs) of the Plaintiff. We have exhausted every possible avenue in searching for additional photographs. However, we have been unable to locate additional photographs.

4. Deputy Ray Mock is currently unable to work due to having broken his back. He is going to have surgery on his back, and will return to work when he is able to do so. I have enlisted his help over the telephone, but have still been unable to locate additional photographs. Upon his return, I will instruct him to complete an additional exhaustive search for additional photographs of the Plaintiff.

5. I swear, to the best of my present knowledge and information, that the above statements are true, that I am competent to make this affidavit, and that the above statements are made by drawing from my personal knowledge of the situation.

_____
GREG WARD

SWORN TO and SUBSCRIBED before me this ___ day of August, 2006.

_____
NOTARY PUBLIC
My Commission Expires: Sept 26° 2006