IN THE UNITED STATES DISTRICT COURT FOR
THE MIDDLE DISTRICT OF ALABAMA

JOHN P. POLCASTRO, SR.,    )
   PLAINTIFF,      )
             )
vs.            )  Case No:  1:05 CV 00909-MEF
             )
SHERIFF GREG WARD, et al.,   )
   DEFENDANTS.    )
             )
*  *  *  *  *  *  )
             )
JOHN P. POLCASTRO, SR.,    )
   PLAINTIFF,      )
             )
vs.            )  Case No:  1:05 CV 00910-MEF
             )
GARY WEEKS, TRACY KERSEY,   )
SHAYNE ARNRETTE, et al.,    )
   DEFENDANTS.    )

<u>**RESPONSE TO COURT'S ORDER OF AUGUST 11, 2006**</u>

   Come now, Defendants Chief Gary Weeks, Police Officer Tracy Kersey, and Police

Officer Shayne Arnette, by and through their attorney, and offer the following in response

to the court's order of August 11, 2006:

   1.   Defendants are attaching a copy of the Mugshot Profile of John Polcastro

which was taken by the Geneva County Sheriff's Department.

   2.   The Defendants have no other photographs of the plaintiff in their

possession.

   Dated this the 30th day of August, 2006.

               /s/ R. Todd Derrick
               Steadman S. Shealy, Jr. (SHE023)
               R. Todd Derrick (DER006)
               Attorneys for the Defendants

RTD5697

OF COUNSEL:
COBB, SHEALY, CRUM, DERRICK & PIKE, P.A.
Post Office Box 6346
Dothan, Alabama  36302-6346
Telephone (334) 677-3000
Fax (334) 677-0030

## CERTIFICATE OF SERVICE

I do hereby certify that I have this day mailed a copy of the foregoing Response to

Court's Order of August 11, 2006, postage prepaid and properly addressed, to:

John P. Polcastro, Sr.
245168
Fountain 3800
Atmore, Alabama 36503

I hereby certify that I have this day, electronically served a copy of this document
upon:

Richard Hill, Jr.
WEBB & ELEY, P.C.
Post Office Box 240909
Montgomery, Alabama 36124
(334) 262-1850

This the 30th day of August, 2006.

/s/ R. Todd Derrick
R. Todd Derrick

---

RTD5697

GENEVA CO SHERIFFS DEPT

# Mugshot Profile

LAST NAME:      POLCASTRO
FIRST NAME:     JOHN
MIDDLE NAME:    PHILLIP
NICKNAME:
PIN:            12091
DATE OF BIRTH:  05/02/1953
BIRTH PLACE:
ADDRESS:        405     W   WASHINGTON ST
CITY/STATE:     SAMSON          AL



### PHYSICAL DESCRIPTION

RACE:           WHITE
SEX:            MALE
HEIGHT:         5    7
WEIGHT:         202
EYE COLOR:      GREEN
HAIR COLOR:     BROWN
HAIR LENGTH:
FACIAL HAIR:
COMPLEXION:
TEETH:
BUILD:
GLASSES:

### SCARS/MARKS/TATTOOS/DEFORMITIES

SCARS:
MARKS:
TATTOOS:
GAIT:
MISSING LIMBS:

