IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA

John P. Polcastro Jr.
  Plaintiff
V.
Greg Ward, et al
  Defendants

CIVIL ACTION NO.
1:05 CV-00909-MEFV-P.M

John P. Polcastro Jr.
  Plaintiff
V.
Gary Weeks, et al
  Defendants

1:05 CV 910 MEF

Plaintiff Answer to Defendants Answer to Court Order For Discovery

Also Motion to Request Settlement be Reached Before Trial

Come now John P. Polcastro Jr. Plaintiff in the above styled case.

On August 11th 2006 the Court ordered Defendants to send Plaintiff (LEGIBLE) copies of all photographs taken of the Plaintiff upon his arrest. The photos the Plaintiff received were an insult to the Plaintiff and to the court. The photos look like they were taken from some E.T. movie. The Plaintiff demands legible copies. As for the pictures Deputy Perez took, the Defendants have them. The Plaintiff knows the Defendants aren't being truthful. The Plaintiff states he does not have to LIE to win this case. The

Does not have to lie to win this case. The Plaintiff feels he is never going to get any truthful answers out of the Defendants.

That is why the Plaintiff requests the court speak to the Defendants attorneys and see if a settlement can be reached. The Plaintiff states he will be released from prison in March 2007 he lives in New York City and he does not want to come back to the State of Alabama for any reason once he gets released. The attorneys can come to the prison to speak to the Plaintiff.

At this time the Plaintiff thanks the court for all its help.

Respectfully submitted this 3rd day of September, 2006

John P. Polcastro Sr
#187168
3800 Fairview Dr
Atmore Al. 36503

CERTIFICATE OF SERVICE

I hereby certify that on this 3rd day of September, 2006 I have mailed a true and correct copy of the foregoing by United States Mail, postage pre paid to the following

Webb-Eley P.C.
7475 Halcyon Pointe Drive
P.O.Box 240 909
Montgomery Al. 36124

John P. Polcastro Sr
John P. Polcastro Sr