IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

_____

| | |
|---|---|
| JOHN P. POLCASTRO, SR., | * |
| Plaintiff, | * |
| v. | *   1:05-CV-909-MEF |
| SHERIFF GREY WARD, *et al.*, | * |
| Defendants. | * |

_____

*   *   *   *   *   *

_____

| | |
|---|---|
| JOHN P. POLCASTRO, SR., #245 168 | * |
| Plaintiff, | * |
| v. | *   1:05-CV-910-MEF |
| GARY WEEKS, *et al.*, | * |
| Defendants. | * |

_____

**ORDER ON MOTION**

Pending before the court is Plaintiff's request for settlement prior to trial. (Doc. No. 26.) For good cause, it is

ORDERED that on or before September 22, 2006 Defendants file a response to Plaintiff's request for settlement.

Done this 11th day of September 2006.

                                                /s/ Vanzetta Penn McPherson
                                                VANZETTA PENN MCPHERSON
                                                UNITED STATES MAGISTRATE JUDGE