IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

_____

| | |
|---|---|
| JOHN P. POLCASTRO, SR., | * |
| Plaintiff, | * |
| v. | *   1:05-CV-909-MEF |
| SHERIFF GREY WARD, *et al.*, | * |
| Defendants. | * |

_____

\*   \*   \*   \*   \*   \*

_____

| | |
|---|---|
| JOHN P. POLCASTRO, SR., #245 168 | * |
| Plaintiff, | * |
| v. | *   1:05-CV-910-MEF |
| GARY WEEKS, *et al.*, | * |
| Defendants. | * |

_____

**ORDER ON MOTION**

Upon consideration of Plaintiff's request for settlement negotiation/discussion prior to trial (Doc. No. 26), and in light of Defendants' responses (Doc. Nos. 28, 29), it is

ORDERED that the motion (Doc. No. 26) be and is hereby DENIED.

Done, this 16th day of October 2006.

                /s/ Vanzetta Penn McPherson
                VANZETTA PENN MCPHERSON
                 UNITED STATES MAGISTRATE JUDGE