**IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION**

| | | |
|---|---|---|
| **JOHN P. POLCASTRO, SR.,** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| **v.** | ) | **Case No. 1:05-cv-909-MEF** |
| | ) | |
| **GREG WARD, et al.,** | ) | |
| | ) | |
| **Defendants.** | ) | |

    \*    \*    \*    \*    \*    \*    \*    \*    \*    \*    \*    \*

| | | |
|---|---|---|
| **JOHN P. POLCASTRO, SR.,** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| **v.** | ) | **Case No. 1:05-cv-910-MEF** |
| | ) | |
| **GARY WEEKS, et al.,** | ) | |
| | ) | |
| **Defendants.** | ) | |

## NOTICE OF APPEARANCE

James H. Pike gives notice of his appearance as counsel for defendants Gary Weeks, Tracy Kersey, and Shayne Arnette.

 

**/s/ James H. Pike**
James H. Pike  (PIK003)
Attorney for Defendants Gary Weeks, Tracy Kersey, and Shayne Arnette

1

OF COUNSEL:

COBB, SHEALY, CRUM, DERRICK & PIKE, P.A.
P.O. Box 6346
Dothan, Alabama 36302-6346
Tel. (334) 677-3000
Fax (334) 677-0030
E-mail: jpike@cobb-shealy.com

## CERTIFICATE OF SERVICE

I, James H. Pike, certify that on December 27, 2006, I mailed a copy of

this document, postage prepaid and properly addressed, to:

John P. Polcastro, Sr.
AIS 245168
Fountain 3800
Atmore, Alabama  36503

I, James H. Pike, further certify that on December 27, 2006, I

electronically served a copy of this document upon:

Charles Richard Hill, Jr.
WEBB & ELEY, P.C.
P.O. Box 240909
Montgomery, Alabama  36124-0909


**/s/ James H. Pike**
James H. Pike