IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| JOHN P. POLCASTRO, SR., ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Case No. 1:05-cv-909-MEF |
| ) | |
| GREG WARD, et al., ) | |
| ) | |
| Defendants. ) | |

\* \* \* \* \* \* \* \* \* \* \*

| | |
|---|---|
| JOHN P. POLCASTRO, SR., ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Case No. 1:05-cv-910-MEF |
| ) | |
| GARY WEEKS, et al., ) | |
| ) | |
| Defendants. ) | |

## MOTION TO WITHDRAW

COMES NOW R. Todd Derrick, counsel for Defendants, Chief Gary Weeks, Tracy Kersey, and Shayne Arnette, in the above-styled cause, and requests this Honorable Court withdraw him as counsel.

James H. Pike and Steadman Shealy, Jr. have filed an Entry of Appearance on behalf of the Defendants, Chief Gary Weeks, Tracy Kersey, and Shayne Arnette.

WHEREFORE, the undersigned respectfully requests this Honorable Court to allow him to withdraw as counsel for Defendant, Chief Gary Weeks, Tracy Kersey, and Shayne Arnette.

This the 9th day of January, 2007

/s/ R. Todd Derrick
R. Todd Derrick (DER006)
Attorney for the Defendants

OF COUNSEL:

COBB, DERRICK, BOYD & WHITE
Post Office Box 2047
206 N. Lena Street
Dothan, Alabama 36302-6346
Telephone (334) 677-1000

## CERTIFICATE OF SERVICE

I, Todd Derrick, certify that on January 9th, 2006, I mailed a copy of this document, postage prepaid and properly addressed, to:

John P. Polcastro, Sr.
AIS 245168
Fountain 3800
Atmore, Alabama 36503

I, Todd Derrick, further certify that on January 9th, 2006, I electronically served a copy of this document upon:

Charles Richard Hill, Jr.
WEBB & ELEY, P.C.
P.O. Box 240909
Montgomery, Alabama 36124-0909

This the 9th day of January, 2007

/s/ R. Todd Derrick
R. Todd Derrick