IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

_____

JOHN P. POLCASTRO, SR.,     *

   Plaintiff,     *

      v.     *     1:05-CV-909-MEF

SHERIFF GREY WARD, *et al.*,     *

   Defendants.     *
_____

\*   \*   \*   \*   \*   \*

_____

JOHN P. POLCASTRO, SR., #245 168     *

   Plaintiff,     *

      v.     *     1:05-CV-910-MEF

GARY WEEKS, *et al.*,     *

   Defendants.     *
_____

**ORDER ON MOTION**

     Counsel for Defendants Donald Weeks, Tracey Kersey, and Shayne Arnnette has filed a Motion to Withdraw. (Doc. No. 32.) Upon consideration of the motion, and in light of the notice of appearance filed by new counsel for the above-noted defendants on December 27, 2006 (Doc. No. 31), it is

     ORDERED that the Motion to Withdraw (Doc. No. 32) be and is hereby GRANTED.

Done, this 10th day of January 2007.

                                         /s/Wallace Capel, Jr.
                                 WALLACE CAPEL, JR.
                                 UNITED STATES MAGISTRATE JUDGE