IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

_____

| | | |
|---|---|---|
| JOHN P. POLCASTRO, SR., | * | |
| Plaintiff, | * | |
| v. | * | 1:05-CV-909-MEF |
| SHERIFF GREY WARD, *et al.*, | * | |
| Defendants. | * | |

_____

\*     \*     \*     \*     \*     \*

_____

| | | |
|---|---|---|
| JOHN P. POLCASTRO, SR., #245 168 | * | |
| Plaintiff, | * | |
| v. | * | 1:05-CV-910-MEF |
| GARY WEEKS, *et al.*, | * | |
| Defendants. | * | |

_____

**ORDER**

It has come to the court's attention that Plaintiff is no longer housed at the Fountain Correctional Facility which is the last known address the court has on file for Plaintiff. All parties have an affirmative duty to inform this court of any change of address during the pendency of their actions. Plaintiff was provided notice of this requirement in the court's September 29 and September 30, 2005 orders of procedure. (1:05-cv-909-MEF, Doc. No.

5, ¶5(h); 1:05-cv-910-MEF, Doc. No. 3, ¶6(h).)

Upon review of the pleadings filed in the instant matter, it is clear that the court file does not contain an alternate address for Plaintiff and that he has not provided this court his current address. Accordingly, the court concludes that Plaintiff shall be granted an opportunity to show cause why his complaint should not be dismissed for his failure to keep the court informed of his current address.

Accordingly, it is ORDERED that:

1. Plaintiff shall SHOW CAUSE on or before April 16, 2007 why his complaint should not be dismissed for his failure to provide the court with his current address as directed by the court's September 29 and 30, 2005 orders of procedure. Plaintiff is cautioned that his failure to comply with this order will result in a Recommendation that his complaint be dismissed without prejudice; and

Done, this 5th day of April 2007.

        /s/ Wallace Capel, Jr.
WALLACE CAPEL, JR.
UNITED STATES MAGISTRATE JUDGE