IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | | |
|---|---|---|
| JOHN P. POLCASTRO, SR., | * | |
| Plaintiff, | * | |
| v. | | CASE NO. 1:05-CV-909-MEF |
| SHERIFF GREY WARD, *et al.*, | * | (WO) |
| Defendants. | * | |
| _____ | | |
| JOHN P. POLCASTRO, SR., #245 168 | * | |
| Plaintiff, | * | |
| v. | | CASE NO. 1:05-CV-910-MEF |
| GARY WEEKS, *et al.*, | * | (WO) |
| Defendants. | * | |

# **ORDER**

On April 26, 2007, the Magistrate Judge filed a Recommendation in this case to which no timely objections have been filed (Doc. #35). After a review of the recommendation, and after an independent review of the entire record, the court believes that the recommendation should be adopted.

Accordingly, it is ORDERED and ADJUDGED that the Plaintiff's claim be dismiss without prejudice for Plaintiff's failures to prosecute this action properly and to comply with the orders of this court.

An appropriate judgment will be entered.

Done this the 15th day of May, 2007.

/s/ Mark E. Fuller
CHIEF UNITED STATES DISTRICT JUDGE